UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RIGGS DISTLER & COMPANY, INC., | : Civil Action No. 1-03-cv-05854 |
| Plaintiff, | : |
| v. | : |
| VALERO REFINING COMPANY–NEW JERSEY and HOWE-BAKER ENGINEERS, LTD., | : |
| Defendants. | : |

# DEFENDANTS VALERO REFINING COMPANY – NEW JERSEY AND HOWE-BAKER ENGINEERS, LTD.'S APPENDIX

## TABLE OF CONTENTS

| Tab | DOCUMENT |
|---|---|
| 1 | Advanced Specialty Contractors LLC Construction Lien Claim |
| 2 | Advanced Specialty Contractors Discharge of Construction Lien Claim |
| 3 | Brennan Industrial Contractors, Inc. Construction Lien Claim |
| 4 | Brennan Industrial Contractors, Inc. Amended Construction Lien Claim |
| 5 | C.H. Schwertner & Son, Inc. Construction Lien Claim |
| 6 | I&S, Inc. Construction Lien Claim |
| 7 | I&S, Inc. Amended Construction Lien Claim |
| 8 | I&S, Inc. Second Amended Construction Lien Claim |
| 9 | I&S, Inc. Third Amended Construction Lien Claim |
| 10 | Kraemer Gunite, Inc. Construction Lien Claim |
| 11 | Kraemer Gunite, Inc. Amended Construction Lien Claim |
| 12 | Kraemer Gunite, Inc. Discharge of Construction Lien Claim |
| 13 | Labor Rental Company Construction Lien Claim |
| 14 | Merrell & Garaguso, Inc. Construction Lien Claim |

| 15 | Merrell & Garaguso, Inc. Amended Construction Lien Claim |
|---|---|
| 16 | Merrell & Garaguso Second Amended Construction Lien Claim |
| 17 | Mid-Atlantic Constructors, Inc. Construction Lien Claim |
| 18 | Mid-Atlantic Constructors, Inc. Amended Construction Lien Claim |
| 19 | Mid-Atlantic Constructors, Inc. Second Amended Construction Lien Claim |
| 20 | Pico Mechanical Construction Lien Claim |
| 21 | Pico Mechanical Construction Discharge of Construction Lien Claim |
| 22 | Riggs Distler & Company, Inc. Construction Lien Claim |
| 23 | Riggs Distler & Company, Inc. Amended Construction Lien Claim |
| 24 | Riggs Distler & Company, Inc. Second Amended Construction Lien Claim |
| 25 | Riggs Distler & Company, Inc. Third Amended Construction Lien Claim |
| 26 | Schoonover Electric Company, Inc. Construction Lien Claim |
| 27 | S.G. Marino Crane Service Corporation Construction Lien Claim |
| 28 | S.G. Marino Crane Service Corporation Discharge of Construction Lien Claim |
| 29 | SM Electric Company, Inc. Construction Lien Claim |
| 30 | Deposition of Patrick Dougherty Excerpts |
| 31 | Deposition Exhibit LC-3: Valero/Howe-Baker EPC Agreement, without exhibits |
| 32 | Deposition Exhibit LC-7: Howe-Baker/Jones LG Subcontract, without exhibits |
| 33 | Deposition of Roger Varney Excerpts |
| 34 | Deposition of Michael Adams Excerpts |
| 35 | Deposition Exhibit LC-4: Milestone Payment Schedule, Exhibit C to EPC Agreement |
| 36 | Deposition Exhibit LC-10: September 25, 2003 Invoice from Howe-Baker to Valero |
| 37 | Deposition of Perry Munsinger Excerpts |
| 38 | Subcontract between I&S, Inc. and Jones LG, LLC, marked as Deposition Exhibit LC-39 |
| 39 | Subcontract between C.H. Schwertner & Son, Inc. and Jones LG, LLC, marked as Deposition Exhibit LC-41 |

| | |
|---|---|
| 40 | Jones LG, LLC Voluntary Bankruptcy Petition, Case 03-33616 (WDNC) |
| 41 | Deposition Exhibit LC-35: Howe-Baker/Jones LG Settlement Agreement |
| 42 | October 14, 2003 Bankruptcy Court Order Approving Howe-Baker/Jones LG Settlement Agreement |
| 43 | Deposition of Luke Scorsone Excerpts |
| 44 | Deposition Exhibit LC-24: Jones LG Weekly Construction Report No. 037 |
| 45 | Jones LG Weekly Construction Report 36, dated September 30, 2003, for period ending 9/28/03 |
| 46 | Affidavit of Carolyn T. Lloyd |
| 47 | Howe-Baker Engineers Ltd.'s Request to Admit Facts to Mid-Atlantic Constructors, Inc. |
| 48 | Mid-Atlantic Constructors, Inc.'s Answer to Request to Admit Facts of Howe-Baker Engineers, Ltd. |
| 49 | Howe-Baker Engineers, Ltd.'s Request to Admit Facts to I&S, Inc. |
| 50 | I&S, Inc.'s Answer to Request to Admit Facts of Howe-Baker Engineers, Ltd. |
| 51 | Howe-Baker Engineers, Ltd.'s Request to Admit Facts to S.M. Electric Company, Inc. |
| 52 | Answer of S.M. Electric Company, Inc. to Request to Admit Facts of Howe-Baker Engineers, Ltd. |
| 53 | Howe-Baker Engineers, Ltd.'s Request to Admit Facts to Schoonover Electric Company, Inc. |
| 54 | Answer of Schoonover Electric Company, Inc. to Request to Admit Facts of Howe-Baker Engineers, Ltd. |
| 55 | Howe-Baker Engineers, Ltd.'s Request to Admit Facts to C.H. Schwertner & Son, Inc. |
| 56 | Response of C.H. Schwertner & Son, Inc. to Howe-Baker Engineers, Ltd.'s Request to Admit Facts |
| 57 | Howe-Baker Engineers, Ltd.'s Request to Admit Facts to Merrell & Garaguso, Ltd. |
| 58 | Howe-Baker Engineers, Ltd.'s Request to Admit Facts to Brennan Industrial Contractors, Inc. |
| 59 | Brennan Industrial Contractors, Inc.'s Responses to Howe-Baker Engineers, Ltd. Requests for Admissions |

| | |
|---|---|
| 60 | Howe-Baker Engineers, Ltd.'s Request to Admit Facts to Riggs Distler & Company, Inc. |
| 61 | Answer of Riggs Distler & Co., Inc. to Request to Admit Facts of Howe-Baker Engineers, Ltd. |
| 62 | Deposition Exhibit LC-25: Chart of Howe-Baker payments to Jones LG |
| 63 | Motion of Jones LG, LLC Pursuant to 11 U.S.C. § 365 and Bankruptcy Rule 6006 to Reject Executory Construction Contracts in No. 03-33532 (WBNC) dated October 15, 2003 |
| 64 | Order Approving the Rejection of Certain Executory Contracts and Unexpired Leases in No. 03-33532 (WBNC) dated November 13, 2003 |
| 65 | Deposition of Terry Downs Excerpts |
| 66 | Chart to Complete Jones Work, marked as Deposition Exhibit LC-47 |
| 67 | Proof of Claim filed by I&S, Inc. dated January 28, 2004 |
| 68 | Proof of Claim filed by Brennan Industrial Contractors, Inc., dated January 27, 2004 |
| 69 | Proof of Claim filed by Merrell & Garaguso, Inc., dated November 24, 2003 |
| 70 | Proof of Claim filed by Riggs Distler & Company, Inc., dated December 16, 2003 |
| 71 | Proof of Claim filed by Schoonover Electric Company, Inc., dated January 14, 2004 |
| 72 | Proof of Claim filed by Mid-Atlantic Constructors, dated January 28, 2004 |
| 73 | Stipulated Order for Consolidated and for Omnibus Answer to Removed Complaints and Other Outstanding Pleadings, August 11, 2004 |
| 74 | Robert S. Peckar, Richard M. Baron & Edward M. Callahan Jr., New Jersey's New Construction Lien Law: A Practical Guide to the New Law with Forms, in New Jersey Institute for Continuing Legal Education, The New Jersey Construction Lien Law (1994) |
| 75 | Edward M. Callahan, Jr., Fifty State Construction Lien and Bond Law, New Jersey (2000) |
| 76 | 41 Robert S. Peckar, New Jersey Practice Guide Construction Law (1998, 2004 supplement) |
| 77 | Certification of Douglas Phelps in Support of Order to Show Cause in Joseph A. Natoli Construction Corp. v. Lawrence Steel Construction Corp., No. L-476-69, Superior Court of New Jersey, Somerset County (Honorable Robert E. Guterl) |

| 78 | Stenographic Transcript of Opinion of May 13, 1996, in <u>Joseph A. Natoli Construction Corp. v. Lawrence Steel Construction Corp.</u>, No. L-476-69, Superior Court of New Jersey, Somerset County (Honorable Robert E. Guterl) |
|---|---|
| 79 | Deposition Exhibit LC-49, 10/6/03 e-mail with attachment from Steve Dickman to Luke Scorsone |