```
DOCKET# 93715          Type: CLN
                       PAGES: 5
JAMES N. HOGAN
GLOUCESTER COUNTY CLERK
RECEIPT#: 64174        11:56:52 A.M.
10/20/2003
BK 16      139
```

# GLOUCESTER COUNTY RECORDING DATA PAGE

PLEASE DO NOT DETACH THIS PAGE FROM THE ORIGINAL DOCUMENT AS IT CONTAINS IMPORTANT INFORMATION AND IS PART OF THE PERMANENT RECORD.

RECORD & RETURN TO:

Michael Brown
23230 Chagrin Blvd 940
Cleveland OH 44122

GLOUCESTER COUNTY RECORDING DATA PAGE
JAMES N. HOGAN, COUNTY CLERK

DOCKET# 93715    BK 16 P 140

# CONSTRUCTION LIEN CLAIM

TO THE CLERK, COUNTY OF **Gloucester**.

In accordance with the terms and provisions of the "Construction Lien Law, Notice is hereby given that:

1. **ADVANCED SPECIALTY CONTRACTORS LLC of 120 North Lime Street PO Box 1579, Lancaster, PA 17608-1579** has on **October 17, 2003**, claimed a Construction Lien against the below stated real property of **VALERO REFINING COMPANY-NEW JERSEY**, Attn: Facilities, PO Box 1494, San Antonio, TX 78292 (owner[s] or reputed owner[s]), in the amount of **$357,878.80**, for the value of the work, services, material or equipment provided in accordance with a contract with **JONES LG LLC**, J A Jones Drive, Charlotte, NC 28287, for the following work, services, materials or equipment: **insulation for duct work**.

2. The amount due for work, services, materials or equipment delivery provided by claimant in connection with the improvement of the real property, and upon which this lien claim is based is as follows:

   | | |
   |---|---|
   | Total contract amount: | $124,300.00 |
   | Amendments to contract: | $299,278.80 |
   | Total contract amount and amendments to contract: | $423,578.80 |
   | Less: Agreed upon credits: | $ None |
   | Contract amount paid to date: | $65,700.00 |
   | Amendments to contract amount paid to date: | $ None |
   | TOTAL REDUCTIONS FROM CONTRACT AMOUNT AND AMENDMENTS TO CONTRACT: | $65,700.00 |
   | TOTAL LIEN CLAIM AMOUNT: | **$357,878.80** |

   A Notice of Unpaid Balance and Right to File Lien (if any) was previously filed with the County Clerk of **Gloucester** on **N/A.**

3. This Construction Lien is claimed against the interest of **VALERO REFINING COMPANY-NEW JERSEY**, as Owner(s) in that certain tract of land and premises described as follows:

DOCKET# 93715    BK 16 P 140

## CONSTRUCTION LIEN CLAIM

TO THE CLERK, COUNTY OF **Gloucester**.

In accordance with the terms and provisions of the "Construction Lien Law, Notice is hereby given that:

1. **ADVANCED SPECIALTY CONTRACTORS LLC** of **120 North Lime Street PO Box 1579, Lancaster, PA 17608-1579** has on **October 17, 2003**, claimed a Construction Lien against the below stated real property of **VALERO REFINING COMPANY-NEW JERSEY**, Attn: Facilities, PO Box 1494, San Antonio, TX 78292 (owner[s] or reputed owner[s]), in the amount of **$357,878.80**, for the value of the work, services, material or equipment provided in accordance with a contract with **JONES LG LLC**, J A Jones Drive, Charlotte, NC 28287, for the following work, services, materials or equipment: **insulation for duct work**.

2. The amount due for work, services, materials or equipment delivery provided by claimant in connection with the improvement of the real property, and upon which this lien claim is based is as follows:

    | | |
    |---|---|
    | Total contract amount: | $124,300.00 |
    | Amendments to contract: | $299,278.80 |
    | Total contract amount and amendments to contract: | $423,578.80 |
    | Less: Agreed upon credits: | $ None |
    | Contract amount paid to date: | $65,700.00 |
    | Amendments to contract amount paid to date: | $ None |
    | TOTAL REDUCTIONS FROM CONTRACT AMOUNT AND AMENDMENTS TO CONTRACT: | $65,700.00 |
    | TOTAL LIEN CLAIM AMOUNT: | **$357,878.80** |

A Notice of Unpaid Balance and Right to File Lien (if any) was previously filed with the County Clerk of **Gloucester** on **N/A.**

3. This Construction Lien is claimed against the interest of **VALERO REFINING COMPANY-NEW JERSEY**, as Owner(s) in that certain tract of land and premises described as follows:

DOCKET# 93715    BK 16 P 142

## CONSTRUCTION LIEN CLAIM — *Continued*

If you (or your contractor or subcontractor) choose to discharge the lien claim by filing a surety bond or making a deposit of funds as provided for under New Jersey law, you will retain your right to challenge this lien claim in a legal proceeding before a court of law.

### NOTICE TO SUBCONTRACTOR OR CONTRACTOR

This lien has been filed with the county clerk and served upon the owner of the real estate. This lien places the owner on notice that the real estate may be sold to satisfy this claim unless the owner pays the claimed sum to this claimant.

ADVANCED SPECIALTY CONTRACTORS LLC

Date: 10/16/03    By: *Oneida Almodovar*
(Name) I. Almodovar
(Title) Ass't Secretary

### CLAIMANT'S REPRESENTATION AND VERIFICATION

STATE OF PENNSYLVANIA

COUNTY OF LANCASTER

Claimant represents and verifies that:

1. The amount claimed herein is due and owing at the date of filing, pursuant to claimant contract described in the Construction Lien claim.

2. The work, services, material or equipment for which this lien claim is filed was provided exclusively in connection with the improvement of the real property which is the subject of this claim.

3. This claim has been filed within 90 days from the last date upon which the work, services, materials or equipment for which payment is claimed was provided.

4. The foregoing statements made by me are true, to the best of my knowledge. I am aware that if any of the foregoing statements made by me are false, this Construction Lien claim will be void and that I will be liable for damages to the owner or any other person injured as a consequence of the filing of this lien claim.

ADVANCED SPECIALTY CONTRACTORS LLC

Date: 10/16/03    By: *Oneida Almodovar*
(Name) I. Almodovar
(Title) Ass't Secretary

**CONSTRUCTION LIEN CLAIM -- *Continued***     DOCKET# 93715     BK 16 P 143

Sworn to before me this *16th day of October, 2003.*

*Kay M. Todd*
Notary Public                                                                       633163

> NOTARIAL SEAL
> KAY M. TODD, Notary Public
> Lancaster, Lancaster County, PA
> My Commission Expires Mar. 18, 2006

STATE OF *Pennsylvania*

COUNTY OF *Lancaster*

    Before me, a Notary Public, in and for said County and State, personally appeared *I. Almodovar*, who being duly sworn, does depose and say that he/she has personal knowledge of the facts set forth in the foregoing **Construction Lien Claim** and that the same are true and correct to the best of his/her knowledge and belief.

SUBSCRIBED AND SWORN TO, before me this *16th* day of *October*, 2003, by

(Name): *I. Almodovar*, (Title): *Assistant Secretary* for **ADVANCED SPECIALTY CONTRACTORS LLC.**

*Kay M. Todd*
Notary Public
                                                                                        633163

> NOTARIAL SEAL
> KAY M. TODD, Notary Public
> Lancaster, Lancaster County, PA
> My Commission Expires Mar. 18, 2006