EXHIBIT 1



# JONES LG

October 9, 2003

To: All Subcontractors
    Valero CCR Project

From: J. Donovan
      Project Controls Manager

Subject: FCA LOG

Attached you will find a copy of the FCA log for your subcontract. Note that it is generally divided into 2 sections, "Pending" & "Approved". Those FCA's listed in the "Approved" section are covered by COR's or CO's in the possession of JLG, and are being processed accordingly.

Those that are listed in the "Pending" section are further subdivided into "Open" and "Closed". For your information, the definition of "Closed" is that the work has been completed, and no further timesheets will be accepted for that scope. If any additional work is to be performed under that general scope, a new FCA will be issued.

It is imperative that all costs associated with "Closed" FCA's be submitted in the form of a COR per the terms of your subcontract as quickly as possible.

If you have any questions, please contact me at 856-224-6239.

Thanks.

Jack Donovan

Cc: R. Workman
    C. Massey
    R. Varney

c:\documents and settings\1379019\my documents\fca notice.doc

JLG 167496

Valero 25,000 BPSD CCR Unit         Project # 1302263002                            Jones LG, LLC.

Tel:       Fax:

### Contract 4004 - Marino Crane

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| **Approved** | | | |
| 4004-000A | 07/25/03 | Subcontract price adjustment | Yes |
| 4004-001 | 05/22/03 | Offload C-02 vessel in laydown area | Yes |
| 4004-002 | 05/29/03 | Offload and set equip as directed prior to 7/7/03 | Yes |
| 4004-002A | 07/25/03 | Offload and set equipment Rev 1 | Yes |
| 4004-002B | 08/14/03 | Offload and set equipment | Yes |
| 4004-003 | 06/10/03 | Provide add'l crane, mats, trailers | Yes |
| 4004-003A | 07/25/03 | Crane to erect modules Rev 1 | Yes |
| 4004-003B | 07/25/03 | Crane to erect modules Rev 2 | Yes |
| 4004-004 | 06/13/03 | Provide 2 tandem dump trucks and drivers | Yes |
| 4004-005 | 07/23/03 | Provide Manitowoc 999 for offloading equipment | Yes |
| 4004-006 | 07/25/03 | Provide support for offloading & setting 6/28 to 8/12 | Yes |
| 4004-007 | 07/25/03 | Assemble fin fans as directed thru 8/16/03 | Yes |
| 4004-008 | 07/29/03 | Provide labor only from period 7/16 to 7/31 | Yes |
| 4004-010 | 08/01/03 | Provide labor for offloading and setting 8/1-8/16/03 | Yes |
| 4004-011 | 08/14/03 | OT hours for Manitowoc 999 and Demag 444 (prior to 7/15/03) | Yes |
| 4004-012 | 08/14/03 | OT hours for Manitowoc 999 crane (7/15-8/16) | Yes |
| 4004-014 | 08/18/03 | Weld studs on vessel C-02 skirt for fireproofing | Yes |
| 4004-015 | 08/18/03 | Install handrails and grating on mini mods 126/28 A/B | Yes |
| 4004-016 | 08/18/03 | Modify lifting beam connection to module 128A/B | Yes |
| 4004-019 | 08/18/03 | Provide equipment for offloading & setting (8/18-mid Sept) | No |
| 4004-020 | 08/18/03 | Provide labor for offloading and setting (8/18-8/31) | Yes |
| 4004-021 | 08/22/03 | Provide Demag 8800 for CCR lift | Yes |
| 4004-022 | 08/21/03 | Provide crane, forklift, labor to support fin fan installation | Yes |
| 4004-025 | 09/05/03 | Assemble fin fans from 9/1/03 to completion | Yes |
| 4004-026 | 09/05/03 | Provide labor for offloading/setting 9/1 to 9/19/03 | Yes |

**Pending**

JLG 167497

Valero 25,000 BPSD CCR Unit    Project # 1302263002    Jones LG, LLC.

Tel:    Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| Contract 4004 - Marino Crane | | | |
| Pending | | | |
| 4004-009 | 07/30/03 | Provide manlift for repair & assembly work in laydown | No |
| 4004-013 | 08/18/03 | Provide bolts, nuts, washers | Yes |
| 4004-017 | 08/18/03 | Provide 60 additional mats for Light Oils Ave | No |
| 4004-018 | 08/18/03 | Overtime (beyond 50) for Goldhofer and Demag 2800 | No |
| 4004-023 | 08/14/03 | OT hours for Manitowoc 999 crane (8/17-8/31) | Yes |
| 4004-024 | 07/25/03 | Assemble fin fans as directed 8/17/03 thru 8/31 | Yes |
| 4004-027 | 09/26/03 | Rig, assemble reactor mini-mods and bolt down vessels | No |
| 4004-028 | 10/02/03 | Overtime to assemble 8800 crane | No |
| 4004-031 | 10/08/03 | Relocate steel around transformer pads and manhole 125 | No |

JLG 167498

Valero 25,000 BPSD CCR Unit                   Project # 1302263002                              Jones LG, LLC.

Tel:     Fax:

## Contract 4005 - The Hake Group

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| Approved | | | |
| 4005-002 | 02/14/03 | Wire JLG and HBE Double-wides for Data | Yes |
| 4005-003 | 02/06/03 | Electrical to install dedicated 20-Amp Circuit for SDC Copier | Yes |
| 4005-004 | 02/18/03 | Provide Electrician for Receiving Support | Yes |
| 4005-005 | 02/18/03 | Off-load Manholes | Yes |
| 4005-006 | 02/18/03 | Off-load Reinforcing Steel for Main Piperack | Yes |
| 4005-007 | 02/18/03 | Removal of Frozen Subbase Material and Supply of Imprted Fill for Heater Foundation | Yes |
| 4005-008 | 02/18/03 | Build Deck Between JLG Office Trailers | Yes |
| 4005-009 | 02/18/03 | Perform Snow Removal Activities | Yes |
| 4005-010 | 02/21/03 | Install CCR Site Sewer System Manholes and Pipe | Yes |
| 4005-011 | 02/25/03 | Uncover 18" fireline adjacent to Heater | Yes |
| 4005-012 | 03/06/03 | Use of dump truck to relocate excav soil | Yes |
| 4005-013 | 03/06/03 | Cleanup office trailers | Yes |
| 4005-014 | 03/13/03 | Ductbank in CCR Area (Civil) | Yes |
| 4005-014C | 07/30/03 | Ductbank | Yes |
| 4005-015 | 03/27/03 | Excavate & restore soil south of MH5 | Yes |
| 4005-016 | 03/26/03 | Furnish JLG with layout as required thru 4/30/03 | Yes |
| 4005-017 | 03/26/03 | Soil & concrete testing (Duffield) | Yes |
| 4005-021 | 03/27/03 | Saturday work for ductbank civil & excav | Yes |
| 4005-022 | 03/27/03 | Receive & Handle Misc Material-March03 | Yes |
| 4005-024 | 03/28/03 | Excavate/form/pour/strip balance of ductbank south from matchline | Yes |
| 4005-025 | 04/03/03 | Supply field office clerk thru 4/30/03 | Yes |
| 4005-026 | 04/03/03 | Erect Piperack Columns | Yes |
| 4005-026B | 09/17/03 | Erect Piperack Columns | Yes |
| 4005-027 | 04/04/03 | Lost time for the Afternoon of 4/3/03 | Yes |
| 4005-029 | 04/04/03 | Provide 10 truckloads of 2A fill | Yes |
| 4005-030 | 04/04/03 | Backfill reactor foundation | Yes |
| 4005-032 | 04/07/03 | Misc Material Handling-April03 | Yes |

JLG 167499

Valero 25,000 BPSD CCR Unit　　　　　　　Project # 1302263002　　　　　　　Jones LG, LLC.

Tel:　　Fax:

**Contract 4005 - The Hake Group**

Approved

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| 4005-033 | 04/09/03 | Install temp utility (potable & sanitary) to office complex | Yes |
| 4005-033B | 04/09/03 | Install temp utility (potable & sanitary) to office complex | Yes |
| 4005-034 | 04/09/03 | Rework catch basin pipe penetrations between manholes 5 & 6 | Yes |
| 4005-034B | 04/09/03 | Rework catch basin pipe penetrations between manholes 5 & 6 | Yes |
| 4005-035 | 04/24/03 | Install 2 ramps | Yes |
| 4005-036 | 04/24/03 | Provide Approx 500T modified backfill | Yes |
| 4005-037 | 04/30/03 | Form and pour equip pad for temp power | Yes |
| 4005-038 | 04/30/03 | Form and pour seal slab under CCR mat foundation | Yes |
| 4005-039 | 04/30/03 | Install CCR mat foundation | Yes |
| 4005-040 | 04/30/03 | Furnish JLG with layout as required - May03 | Yes |
| 4005-042 | 04/30/03 | Misc Material Handling - May03 | Yes |
| 4005-043 | 05/01/03 | Excavate and prep north end associated with columns 1-4 | Yes |
| 4005-044 | 05/07/03 | Backfill footings at CL1-4 | Yes |
| 4005-046 | 05/07/03 | Misc backfill east side - May03 | Yes |
| 4005-047 | 05/09/03 | Construct safety related stands | Yes |
| 4005-048 | 05/09/03 | Backfill & compact between MH5-6 | Yes |
| 4005-049 | 05/09/03 | Backfill & compact between Piperack Fdns | Yes |
| 4005-051 | 05/22/03 | Point and patch piperack footings 24-25.9 | Yes |
| 4005-053 | 05/22/03 | Modifications to dike for access road | Yes |
| 4005-054 | 05/22/03 | Supply millwright 1 day to rotate pumps | Yes |
| 4005-056 | 05/22/03 | Core drill new openings in manhole no. 1 | Yes |
| 4005-058 | 05/22/03 | Rework ug pipe in field due to iso errors | Yes |
| 4005-059 | 05/28/03 | Premium time for UOP base mat pour | Yes |
| 4005-060 | 05/29/03 | Provide ironworkers to Marino to load crane | Yes |
| 4005-063 | 06/02/03 | Material Handling - June 03 | Yes |
| 4005-064C | 06/02/03 | Misc Backfill East Side - June 03 | Yes |
| 4005-068 | 06/06/03 | Construct decking for new office trailers | Yes |
| 4005-069B | 06/10/03 | Provide scaffold for millwrights | Yes |

JLG 167500

Valero 25,000 BPSD CCR Unit  Project # 1302263002  Jones LG, LLC.

Tel:   Fax:

## Contract 4005 - The Haka Group

### Approved

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| 4005-069C | 06/10/03 | Provide scaffold for millwrights | Yes |
| 4005-073 | 06/13/03 | Ironworkers to modify pipe bridge on Sulfur Road | Yes |
| 4005-074 | 06/13/03 | Supply Ironworkers to weld straps on sheet pile plates | Yes |
| 4005-078 | 06/19/03 | Bush hammer foundations on UOP | Yes |
| 4005-079 | 06/19/03 | Fix top layer of rebar on K-01 mat | Yes |
| 4005-081 | 06/19/03 | Supply operators to S&S to pull shoring | Yes |
| 4005-083B | 06/19/03 | Backfill site to approx el 100 | Yes |
| 4005-086 | 06/19/03 | Paving under Mod 123 | Yes |
| 4005-095 | 07/02/03 | Slot bolts on Module 123 | Yes |
| 4005-101B | 07/08/03 | Provide stone & grade laydown area (by WT plant) | Yes |
| 4005-103 | 07/08/03 | Provide dump trucks for material transport | Yes |
| 4005-109 | 07/17/03 | Additional spread footings for MS supports | Yes |
| 4005-116 | 08/01/03 | Provide misc material handling support Aug 03 | Yes |
| 4005-122 | 08/14/03 | Install misc support in Area 17, 18 & 32 | No |
| 4005-123 | 08/14/03 | Grout vessels D-05A/B and D-18 | Yes |
| 4005-125 | 08/14/03 | Backfill site to final grade | Yes |
| 4005-139 | 08/20/03 | Provide assistance and support to set fin fans | Yes |
| 4005-140 | 08/21/03 | Weld beam extensions on fin fan supports | Yes |

### Pending

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| 4005-010D | 09/11/03 | Install CCR Site Sewer System Manholes and Pipe | Yes |
| 4005-010E | 09/11/03 | Install CCR Site Sewer System Manholes and Pipe | Yes |
| 4005-010F | 09/11/03 | Install CCR Site Sewer System Manholes and Pipe | No |
| 4005-012A | 07/25/03 | Use of dump trucks for excavation/backfill Rev 1 | Yes |
| 4005-024E | 03/28/03 | Excavate/form/pour/strip balance of ductbank south from matchline | Yes |
| 4005-031 | 04/07/03 | Grade East Side access road | Yes |
| 4005-040B | 04/30/03 | Furnish JLG with layout as required - May03 | Yes |

JLG 167501

Valero 25,000 BPSD CCR Unit   Project # 1302263002   Jones LG, LLC

Tel:   Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| Contract 4005 - The Hake Group | | | |
| Pending | | | |
| 4005-040C | 04/30/03 | Furnish JLG with layout as required - Aug03 | Yes |
| 4005-041 | 04/30/03 | Supply Field Office Clerk - May03 | Yes |
| 4005-050 | 05/09/03 | Set Catch basins on east side | Yes |
| 4005-052 | 05/22/03 | Install ramp on west side onto Light Oils Ave | Yes |
| 4005-055 | 05/22/03 | Supply Ironworkers to install "link beams" | Yes |
| 4005-061 | 06/02/03 | Install stub-in section on Iso OWS-19 | Yes |
| 4005-062 | 06/02/03 | Field Office Clerk - June 03 | Yes |
| 4005-064 | 06/02/03 | Misc Backfill East Side - June 03 | Yes |
| 4005-064B | 06/02/03 | Misc Backfill East Side - June 03 | Yes |
| 4005-065 | 06/06/03 | Provide suitable backfill for ug pipe | Yes |
| 4005-067 | 06/06/03 | Set grade for M&G footings | Yes |
| 4005-069 | 06/10/03 | Provide scaffold for millwrights | Yes |
| 4005-070 | 06/10/03 | Excavate for grounding | Yes |
| 4005-071 | 06/11/03 | Pour seal slab for K-01 compressor foundation | Yes |
| 4005-072 | 06/11/03 | Supply and install dunnage for turning radius | Yes |
| 4005-076 | 06/13/03 | Remove section of pipe from Mod 101 | Yes |
| 4005-077 | 06/19/03 | Wire JLG Supt trailer for data | Yes |
| 4005-078B | 06/19/03 | Bush hammer foundations on UOP | Yes |
| 4005-080 | 06/19/03 | Paint C-02 vessel | Yes |
| 4005-082 | 09/11/03 | Pipe at compressor pad | Yes |
| 4005-083 | 06/19/03 | Backfill site to approx el 100 | Yes |
| 4005-084 | 06/19/03 | Pull shoring plates and load out for S&S | Yes |
| 4005-085 | 06/19/03 | Provide pipefitters to assist in rigging & prep pipe ends | Yes |
| 4005-085B | 06/19/03 | Provide pipefitters to assist in rigging & prep pipe ends | Yes |
| 4005-087 | 06/20/03 | Grade and stone laydown area | Yes |
| 4005-088 | 06/25/03 | Set leveling plate(template) on UOP fdn | Yes |
| 4005-089 | 06/25/03 | Install D-02/4/6/7, Mod 133/34, & stair | Yes |
| 4005-090 | 06/26/03 | Add pipe support piers to C-101 | Yes |

Valero 25,000 BPSD CCR Unit          Project # 1302263002          Jones LG, LLC.

Tel:    Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| Contract 4005 - The Hake Group | | | |
| Pending | | | |
| 4005-091 | 07/02/03 | Prepare laydown area for safety luncheon | Yes |
| 4005-092 | 07/02/03 | Cut u-bars for Module 133/34 to shorten | Yes |
| 4005-093 | 07/02/03 | Fab new ties for 83-D-02 fdn | Yes |
| 4005-094 | 07/02/03 | Assist in alignment of Module 104 | Yes |
| 4005-096 | 07/02/03 | Supply Field Clerk for July | Yes |
| 4005-097 | 07/02/03 | Provide misc material handing - July 03 | Yes |
| 4005-097B | 07/02/03 | Provide misc material handing - July 03 | Yes |
| 4005-098 | 07/02/03 | Purchase 10 sheets of plywood | Yes |
| 4005-099 | 07/08/03 | Fab straight mat steel for D-04 | Yes |
| 4005-100 | 07/08/03 | Construct shelving in pipefitters Conex | Yes |
| 4005-101 | 07/08/03 | Provide stone & grade laydown area (by WT plant) | Yes |
| 4005-102 | 07/08/03 | Provide operator and front end loader for shaker | Yes |
| 4005-104 | 08/22/03 | Weldout interconnecting pipe on main piperack | No |
| 4005-105 | 07/10/03 | Establish roadway for Golhofer at spheres | Yes |
| 4005-106 | 09/26/03 | Supply lab or to unload 1 truck of rebar | Yes |
| 4005-107 | 07/14/03 | Provide as-needed repairs to B modules | Yes |
| 4005-108 | 07/18/03 | Paint weld repairs on B mods | Yes |
| 4005-110 | 07/23/03 | Install firewater lline | Yes |
| 4005-111 | 07/24/03 | Fabricate circular ties for concrete supports at G-103 and Mod 130 | Yes |
| 4005-112 | 07/24/03 | Remove fence around WC-11 | Yes |
| 4005-113 | 07/29/03 | Add tiein for 8" drain on eastside of Mod 133/34 | Yes |
| 4005-114 | 07/29/03 | Hand excavate 4 footers west side of bathtub | Yes |
| 4005-115 | 08/01/03 | Build shelving in HBE office trailer | Yes |
| 4005-117 | 08/01/03 | Supply Field Clerk August 03 | Yes |
| 4005-118 | 08/01/03 | Install foundation for stair tower | Yes |
| 4005-119 | 08/14/03 | Fab 10 sets of column ties for CHS | Yes |
| 4005-120 | 08/14/03 | Relocate rebar from office compound to laydown area | Yes |
| 4005-121 | 08/14/03 | Install new footings and piers (dwg C0102) | No |

JLG 167503

Valero 25,000 BPSD CCR Unit
Project # 1302263002
Jones LG, LLC.

Tel:        Fax:

**Contract 4005 - The Hake Group**

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| Pending | | | |
| 4005-124 | 08/14/03 | Bring south end of east access road to grade for crane | Yes |
| 4005-126 | 08/14/03 | Level and compact Light Oils Road for crane | Yes |
| 4005-127 | 08/14/03 | Remove PIV at south end of east road for crane | Yes |
| 4005-128 | 08/14/03 | Install MCC rack foundations | Yes |
| 4005-129 | 08/14/03 | Procure and install sealer for manholes | No |
| 4005-130 | 08/14/03 | Fab and install sections of ug drain pipe to avoid risers | No |
| 4005-131 | 08/14/03 | Complete weld and xray on 4"GF-226-025-10 | No |
| 4005-132 | 08/14/03 | Provide full time safety representative for Aug 03 | Yes |
| 4005-133 | 08/18/03 | Provide pipe risers for manholes on Light Oils | Yes |
| 4005-134 | 08/14/03 | Fab and install racks to store small bore pipe | Yes |
| 4005-135 | 08/19/03 | RFI JLG-HBE-079.001 Repair fitup | No |
| 4005-136 | 08/19/03 | RFI JLG-HBE-078.001 Repair fitup | No |
| 4005-137 | 08/19/03 | Install PH-126-105-1 | No |
| 4005-138 | 08/19/03 | Install PH-079-107-1 rev 1 | No |
| 4005-141 | 10/08/03 | Modify module 114 piping due to design error | No |
| 4005-142 | 08/26/03 | Supply 30-30 foot #6 bars for reactor tabletop | Yes |
| 4005-143 | 08/29/03 | Steam trace pipe at bottom of vessel D-01 | No |
| 4005-144 | 08/29/03 | Fab rebar for CCR tabletop | Yes |
| 4005-145 | 08/29/03 | Trim base plates on main piperack supports | Yes |
| 4005-146 | 08/29/03 | Cut, rotate and reweld base plates | Yes |
| 4005-147 | 09/03/03 | Supply field clerk for Sep 03 | Yes |
| 4005-148 | 09/03/03 | Supply misc material handling support for Sep 03 | Yes |
| 4005-149 | 09/03/03 | Provide full time safety rep for Sep 03 | Yes |
| 4005-150 | 09/04/03 | Complete installation/erection of exchanger steel (E-20) | Yes |
| 4005-151 | 09/05/03 | Construct RIE rack foundations | Yes |
| 4005-152 | 09/08/03 | Bushhammer foundations for G-01A/B | Yes |
| 4005-153 | 09/09/03 | Jackhammer grout away from Valero manholes | Yes |
| 4005-154 | 09/09/03 | Install bollards around fire line | No |

JLG 167504

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Tel:   Fax:

Jones LG, LLC.

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| Contract 4005 - The Hake Group | | | |
| Pending | | | |
| 4005-155 | 09/09/03 | Hand excavate around underground utilities to place R/E rack fdns | Yes |
| 4005-156 | 09/10/03 | Provide and install fire blanket for hanging scaffold | No |
| 4005-157 | 09/10/03 | Widen road thru laydown yard to allow passage of C-02 & C-101 | Yes |
| 4005-158 | 09/10/03 | Repair & re-grout manhole cover damaged by others | No |
| 4005-159 | 09/11/03 | Tack weld 32 bolts for CHS on reactor tabletop | Yes |
| 4005-160 | 09/11/03 | Provide PF assistance to rig and set E-20 | Yes |
| 4005-161 | 09/12/03 | Install concrete as required at test well locations | No |
| 4005-162 | 09/12/03 | Assist electricians with rigging/setting HVAC units in MCC | Yes |
| 4005-163 | 09/12/03 | Prep ends of modules 115-116 | No |
| 4005-164 | 09/12/03 | Provide and install plywood covering for platforms | Yes |
| 4005-165 | 09/15/03 | Provide rebar for paving as required | Yes |
| 4005-166 | 09/16/03 | Chip down center of Mod 117 foundation | Yes |
| 4005-167 | 09/18/03 | Backfill gaps in crane matting | No |
| 4005-168 | 09/18/03 | Install riser section on manhole 185 | Yes |
| 4005-169 | 09/18/03 | Grout Exchanger Structural Steel For E-101-A-D, E-22 A-D & E-20 | No |
| 4005-170 | 09/24/03 | Work on piping to manhole on Light Oils Ave | No |
| 4005-171 | 09/24/03 | Supply 4 bundles of rebar 30 ft long | Yes |
| 4005-172 | 09/24/03 | Cleanup and secure site for Hurricane | Yes |
| 4005-174 | 09/24/03 | Bushhammer concrete at Module 117 | Yes |
| 4005-175 | 09/25/03 | Weekly Site cleanup - Sep 03 | Yes |
| 4005-176 | 09/25/03 | Install drip pans under fin fans | No |
| 4005-177 | 09/25/03 | Bushhammer reactor tabletop bolts | Yes |
| 4005-178 | 09/25/03 | Excavate footers for cooling tower pipe bridge | Yes |
| 4005-179 | 09/25/03 | Backfill south end of project | No |
| 4005-180 | 09/25/03 | Bushhammer concrete for Module 123 | Yes |
| 4005-181 | 10/01/03 | Bushhammer bus duct support foundations | Yes |
| 4005-182 | 10/01/03 | Supply field clerk for October 03 | No |
| 4005-183 | 10/01/03 | Supply misc material handling support for October 03 | No |

JLG 167505

Valero 25,000 BPSD CCR Unit  Project # 1302263002  Jones LG, LLC.

Tel:  Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| **Contract 4005 - The Hake Group** | | | |
| Pending | | | |
| 4005-184 | 10/01/03 | Supply full time safety rep for October 03 | No |
| 4005-185 | 10/01/03 | Lost time due to remaining onsite per JLG 9/23 (rain) | Yes |
| Rejected | | | |
| 4005-019 | 03/26/03 | Over excavation of the CCR mat area (Close-see 4005-014) | Yes |
| 4005-023 | 04/02/03 | Elevate trenchbox in ductbank (Close-see 4005-014) | Yes |
| 4005-057 | 05/22/03 | Void | Yes |
| 4005-066 | 06/06/03 | Void - see 4005-071 | Yes |

JLG 167506

Valero 25,000 BPSD CCR Unit                    Project # 1302263002                    Jones LG, LLC.

Tel:        Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| **Contract 4007 - Brennan Industrial Contractors** | | | |
| **Approved** | | | |
| 4007-001 | 09/04/03 | Make field fixes to shop steel for compressor rack | Yes |
| 4007-002 | 09/08/03 | Provide "squirter" washers | Yes |
| 4007-003 | 09/09/03 | Provide equip and support to remove fireproofing from rack | Yes |
| 4007-004 | 09/09/03 | Rework structural steel platforms for K-02A/B | Yes |
| 4007-004B | 09/09/03 | Rework structural steel platforms for K-02A/B | Yes |
| 4007-006 | 09/10/03 | Remove steel so CHS can patch and rub K-02 fdn | Yes |
| **Pending** | | | |
| 4007-005 | 09/10/03 | Premium time for Saturday 9/6/03 | Yes |
| 4007-007 | 09/26/03 | Provide ironworkers for rigging/setting piperack stair module | No |
| 4007-008 | 10/02/03 | Transport and install rails for reactor tabletop | Yes |

JLG 167507

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:   Fax:

### Contract 4008 - Riggs-Distler

**Approved**

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| 4008-001 | 09/05/03 | Backcharge credit for Marino to unload modules | Yes |
| 4008-002 | 09/05/03 | Credit for removal of modules and D-06/D-07 | Yes |

**Pending**

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| 4008-003 | 09/24/03 | Install platforms on C-02 and C-101 | No |
| 4008-004 | 09/24/03 | Make mods to steel platform per RFI 121 | No |
| 4008-005 | 09/26/03 | Set G-01 pumps and D-01 platforms | No |
| 4008-006 | 09/26/03 | Set G-101 pumps and shim/set G-07 pumps | No |
| 4008-007 | 09/26/03 | Credit for deletion of stair on NW side of Module 134 | Yes |
| 4008-008 | 09/26/03 | Weekly costs associated with adding additional yard gang | No |
| 4008-009 | 09/26/03 | Provide temporary lighting to compound and bathtub | No |
| 4008-010 | 10/01/03 | Install cooling tower as shown on RD proposal | No |
| 4008-011 | 10/01/03 | Cut anchor bolts on Module 125 | No |
| 4008-012 | 10/02/03 | Install misc steel on modules 111A and 11B per mod #16 | No |
| 4008-013 | 10/02/03 | Install misc structural steel per contract Mod #1 | No |
| 4008-014 | 10/03/03 | Elongate holes in steel plate for reactor | Yes |
| 4008-015 | 10/08/03 | Offload misc material and equip prior to 9/26 | Yes |

JLG 167508

Valero 25,000 BPSD CCR UnitProject # 1302263002Jones LG, LLC.

Tel:Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| Contract 4013 - Schoonover Electric Co., Inc. | | | |
| Approved | | | |
| 4013-001 | 04/02/03 | Repair & reloc temp power shack | Yes |
| 4013-004 | 03/26/03 | Premium portion of overtime | Yes |
| 4013-005 | 03/26/03 | Provide manpower as req'd for additional outlets | Yes |
| 4013-007 | 04/09/03 | Supply 230 additional post bases | Yes |
| 4013-008 | 04/09/03 | Proceed w/ductbank work south from machline | Yes |
| 4013-009 | 04/23/03 | Lost time due to Plant Alarm | Yes |
| 4013-010 | 04/23/03 | Repair Temporary Power supply in Office area | Yes |
| 4013-011 | 04/23/03 | Install temporary power to Office Complex | Yes |
| 4013-011A | 07/17/03 | Additional temporary power | Yes |
| 4013-012 | 04/23/03 | Purchase of 3 piece UNY, ridgid couplings | Yes |
| 4013-014 | 05/28/03 | Additional UNY's | Yes |
| 4013-015 | 05/28/03 | Premium time for maintaining temp lights-UOP pour | Yes |
| 4013-016 | 06/10/03 | Megger check motors upon receipt | Yes |
| 4013-018 | 06/19/03 | Purchase assorted grounding hardware | Yes |
| 4013-019 | 06/19/03 | Provide receiving/setting support for modules | Yes |
| 4013-020 | 06/20/03 | Support JLG Assured Grounding Program | Yes |
| 4013-021 | 06/25/03 | Install grounding per design | Yes |
| 4013-022 | 07/02/03 | Proceed south with ductbank from substation | Yes |
| 4013-023 | 07/02/03 | Provide temp power to office complex-July03 | Yes |
| 4013-024 | 07/11/03 | Misc material handling for July | Yes |
| 4013-025 | 07/14/03 | Premium time for 7/12/03 to install grounding | Yes |
| 4013-027 | 07/24/03 | Rework grounding around WC-11 | Yes |
| 4013-028 | 07/29/03 | Bring all ductbank risers to proper elev. Swab all conduits | Yes |
| 4013-029 | 07/29/03 | Misc rework and repairs (FCOR work) | Yes |
| 4013-030 | 08/01/03 | Provide electrician for the offsite warehouse Aug03 | Yes |
| 4013-031 | 08/01/03 | Misc Material Handling for August 03 | Yes |
| 4013-032 | 08/01/03 | Provide receiving support for Modules August 03 | Yes |
| 4013-033 | 08/14/03 | Premium time to install grounding | Yes |

JLG 167509

Valero 25,000 BPSD CCR Unit  Project # 1302263002  Jones LG, LLC.

Tel:   Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| **Contract 4013 - Schoonover Electric Co., Inc.** | | | |
| **Approved** | | | |
| 4013-035 | 09/26/03 | Credit for wire/terms not performed on temp generator | Yes |
| 4013-036 | 09/26/03 | Credit for grounding not performed | Yes |
| **Pending** | | | |
| 4013-002 | 08/01/03 | Credit for revision of conduit sizes per mod 3 | Yes |
| 4013-006 | 04/04/03 | Lost time for Afternoon of 4/3/03 | Yes |
| 4013-026 | 07/23/03 | Supply and Install temp power to bathtub | Yes |
| 4013-034 | 08/15/03 | Remove cabletray on mods to assist pipefitters | Yes |
| **Rejected** | | | |
| 4013-017 | 06/19/03 | Void | Yes |

JLG 167510