Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:    Fax:

| FCO # | FCO Date | Description | Closed? |
|-------|----------|-------------|---------|
| Contract 4014 - S. M. ELECTRIC | | | |
| Pending | | | No |
| 4014-001 | 09/03/03 | Repair cabletray on N/S piperack | Yes |
| 4014-002 | 09/05/03 | Premium time to rig/install temp power trailer | No |
| 4014-003 | 09/08/03 | Complete installation of temp power generator - Sep 03 | No |
| 4014-004 | 09/11/03 | Provide temp project lighting as required | No |
| 4014-005 | 09/16/03 | Repair shipping damage to Substation 14 | No |
| 4014-006 | 09/16/03 | Premium time to install substation 14 | No |
| 4014-007 | 09/18/03 | Secure Cable Tray Miscellenous Electric Materials | Yes |
| 4014-008 | 09/24/03 | Downtime for critical crane lift | No |
| 4014-009 | 09/25/03 | Assist in setting remaining Modules | Yes |
| 4014-010 | 10/01/03 | Lost time due to remaining onsite during rain | No |
| 4014-011 | 10/01/03 | Remove and reinstall bus duct supports to allow bushhammering | No |
| 4014-012 | 10/01/03 | Provide temp power support for Oct 03 | No |
| 4014-013 | 10/01/03 | Repair ground grid as required | No |

JLG 167511

Valero 25,000 BPSD CCR Unit                     Project # 1302263002                     Jones LG, LLC.

Tel:        Fax:

## Contract 4017 - Kramer Gunite

**Pending**

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| 4017-001 | 08/07/03 | Cutout and patch E-22 exchanger structure fireproofing | No |
| 4017-002 | 08/20/03 | Fireproof compressor piperack | No |
| 4017-003 | 08/20/03 | Install fireproofing on tie beams on the main piperack | No |
| 4017-004 | 08/20/03 | Provide scaffolding for D-02 in upright position | No |
| 4017-006 | 08/20/03 | Fireproof repairs to modules 101 thru 111 | No |
| 4017-007 | 08/29/03 | Provide hanging scaffold for main piperack | No |
| 4017-008 | 09/09/03 | Remove excess fireproofing on compressor piperack to eliminate interference with fitup of steel | No |
| 4017-009 | 09/09/03 | Provide scaffolding for fireproofing of modules 120-22 | No |
| 4017-010 | 09/16/03 | Provide scaffolding for fireproofing E-101 and E-102 | No |
| 4017-012 | 10/01/03 | Supply scaffold decking for K-02 platform | No |

**Rejected**

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| 4017-005 | 08/20/03 | Fireproof module 114 (void) | Yes |

JLG 167512

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:    Fax:

**Contract 4022 - Schwertner**
Approved

| ECO # | FCO Date | Description | Closed? |
|---|---|---|---|
| 4022-001 | 06/11/03 | Cost increase assoc w/rebar connection change | Yes |
| 4022-004 | 06/26/03 | Concrete Changes per D01C0131 (CHS COR No. 12) | Yes |
| 4022-005 | 06/26/03 | Bush Hammer fdns (CHS COR No. 11) | Yes |
| 4022-006 | 06/26/03 | Install 9 EP2 plates (CHS COR No. 10) | Yes |
| 4022-007 | 06/27/03 | Changes per dwg D01C0330 (CHS COR No.1) | Yes |
| 4022-008 | 06/27/03 | Changes assoc with dwg D01C0405 rev 0 (CHS COR No.2) | Yes |
| 4022-009 | 06/27/03 | Changes assoc with dwg D01C0400 rev 0 (CHS COR No. 3) | Yes |
| 4022-010 | 06/27/03 | Changes assoc with dwg D01C0321 rev 0 (CHS COR No. 4) | Yes |
| 4022-011 | 06/27/03 | Changes assoc with dwg D01C0320 rev 0 (CHS COR No. 5) | Yes |
| 4022-012 | 06/27/03 | Changes assoc with dwg D01C0316/017 rev 0 (CHS COR No. 6) | Yes |
| 4022-013 | 06/27/03 | Changes assoc with dwg D01C0315 rev 0 (CHS COR No. 7) | Yes |
| 4022-014 | 06/27/03 | Provide 4 heater piperack columns (CHS COR No. 8) | Yes |
| 4022-017 | 07/02/03 | Provide standby concrete truck for K-02 pour | Yes |
| 4022-018 | 07/08/03 | Provide superplasticizer for K-02 concrete pour | Yes |
| 4022-019 | 07/08/03 | Provide additional formwork for K-02 piers | Yes |
| 4022-023 | 07/23/03 | Costs assoc with accelerating the column schedule | Yes |
| 4022-024 | 08/01/03 | Changes assoc with dwg D01C0290 rev 1 | Yes |
| 4022-025 | 08/01/03 | Changes assoc with dwg D01C0360 rev 0 | Yes |
| 4022-026 | 08/01/03 | Changes assoc with dwg D01C0422 rev 0 | Yes |
| 4022-027 | 08/01/03 | Changes assoc with dwg D01C0325 rev 0 | Yes |
| 4022-028 | 08/01/03 | Changes assoc with dwg D01C0421 rev 1 | Yes |
| 4022-029 | 08/01/03 | Changes assoc with dwg D01C0420 rev 1 | Yes |
| 4022-035 | 08/21/03 | Install concrete paving per Dwg D01C0083 rev 1 | No |
| 4022-039 | 09/09/03 | Remove west side ramp to install foundations | Yes |
| 4022-040 | 09/09/03 | Modify rebar due to interference with K-02 anchor bolts | Yes |
| 4022-041 | 09/09/03 | Modify mis-fabricated rebar in accordance with CHS work reports | Yes |

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:     Fax:

| ECO # | FCO Date | Description | Closed? |
|---|---|---|---|
| **Contract 4022 - Schwertner** | | | |
| **Pending** | | | |
| 4022-002 | 06/13/03 | Adjust forms/rebar to accomodate exist ductbank | Yes |
| 4022-003 | 06/25/03 | Trim ends of rebar on K-02 | Yes |
| 4022-015 | 06/27/03 | Relocate shoring from CCR foundation | Yes |
| 4022-016 | 06/27/03 | Fab dowels as shown on dwg D01C0226 | Yes |
| 4022-020 | 07/17/03 | Construct analyzer building foundation | Yes |
| 4022-021 | 07/18/03 | Fine grade in preparation for paving | No |
| 4022-022 | 07/23/03 | Trim tails of rebar on reactor tabletop | Yes |
| 4022-030 | 08/18/03 | Credit for removal of 50 ton crane | Yes |
| 4022-031 | 08/21/03 | Install concrete paving per Dwg D01C0082 rev 1 | No |
| 4022-032 | 08/21/03 | Overtime to install paving around K-02A/B | Yes |
| 4022-033 | 08/21/03 | Provide area paving in accordance with Dwg D01C0081 rev 3 | No |
| 4022-034 | 09/04/03 | Provide onsite general conditions beyond orig contract and date | No |
| 4022-036 | 09/04/03 | Additional concrete work per Dwg C0420/21/22/23 | No |
| 4022-037 | 09/05/03 | Construct anchor bolt template for reactor tabletop | Yes |
| 4022-038 | 09/09/03 | CCR upper tabletop rebar mods | Yes |
| 4022-044 | 09/16/03 | Install 1/4" backing prior to installation of pavement caulking | No |
| 4022-045 | 09/25/03 | Remove perimeter forms from upper tabletop (premium time) | Yes |
| 4022-046 | 09/26/03 | Provide 4000 psi concrete for paving in lieu of 3000 psi | Yes |
| 4022-047 | 09/26/03 | Bush and prep piers not included in FCA 4022-005 | Yes |
| 4022-048 | 09/26/03 | Provide concrete changes associated with dwgs D01C0081 rev 4 and others | No |
| 4022-050 | 10/07/03 | Provide temporary power by using portable generators | No |
| 4022-051 | 10/07/03 | No work due to Hurricane Isabel | Yes |
| 4022-052 | 10/07/03 | Misc T&M (concrete, rebar, downtime) | Yes |
| 4022-053 | 10/07/03 | Costs associated with JLG directed premium time | Yes |
| 4022-054 | 10/08/03 | Use of 6000 psi concrete instead of 4000 psi | Yes |
| 4022-055 | 10/08/03 | Costs assoc with pump, oiler, operator for cancelled tabletop pour | Yes |
| 4022-056 | 10/08/03 | Use of higher strength concrete for upper tabletop pour | Yes |

JLG 167514

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:          Fax:

Contract 4022 - Schwertner

| FCO # | FCO Date | Description | Closed? |
|-------|----------|-------------|---------|
| **Rejected** | | | |
| 4022-042 | 09/09/03 | Lost time due to one hour delay in starting safety orientation | Yes |
| 4022-049 | 09/28/03 | Relocate laydown yard from west side of west road | Yes |

JLG 167515

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:     Fax:

## Contract 4023 - Advanced Specialty Contractors

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| **Approved** | | | |
| 4023-001 | 06/19/03 | Insulate section of pipe at bottom of C-02 | Yes |
| 4023-002 | 06/27/03 | Downtime due to delayed start on C-02 | Yes |
| 4023-003 | 06/27/03 | Demobilize due to delay Valero delay on C-101 | Yes |
| 4023-004 | 07/17/03 | Insulate Reactor and Packinox | Yes |
| 4023-005 | 07/23/03 | Additional insulation for stiffener rings on C-02 and C-101 | Yes |
| | | | |
| **Pending** | | | |
| 4023-006 | 08/14/03 | Insulate vessel D-01 | No |
| 4023-007 | 09/04/03 | Downtime due to stoppage of work on Reactor and Packinox | Yes |
| 4023-008 | 09/09/03 | Schedule acceleration for Packinox and reactor | Yes |
| 4023-009 | 10/02/03 | Insulate portions of reactor after vessel is set | No |
| 4023-010 | 10/07/03 | Weatherproof C-02 and C-101 open areas | Yes |

JLG 167516

Valero 25,000 BPSD BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:   Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| **Contract 4005 - The Hake Group** | | | |
| **Pending** | | | |
| 4005-184 | 10/01/03 | Supply full time safety rep for October 03 | No |
| 4005-185 | 10/01/03 | Lost time due to remaining onsite per JLG 9/23 (rain) | Yes |
| | | | |
| **Rejected** | | | |
| 4005-019 | 03/26/03 | Over excavation of the CCR mat area (Close-see 4005-014) | Yes |
| 4005-023 | 04/02/03 | Elevate trenchbox in ductbank (Close-see 4005-014) | Yes |
| 4005-057 | 05/22/03 | Void | Yes |
| 4005-066 | 06/06/03 | Void - see 4005-071 | Yes |

JLG 167517

Valero 25,000 BPSD CCR Unit

Project # 130226002

Jones LG, LLC.

Tel:      Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| **Contract 4007 - Brennan Industrial Contractors** | | | |
| **Approved** | | | |
| 4007-001 | 09/04/03 | Make field fixes to shop steel for compressor rack | Yes |
| 4007-002 | 09/09/03 | Provide "squirter" washers | Yes |
| 4007-003 | 09/09/03 | Provide equip and support to remove fireproofing from rack | Yes |
| 4007-004 | 09/09/03 | Rework structural steel platforms for K-02A/B | Yes |
| 4007-004B | 09/09/03 | Rework structural steel platforms for K-02A/B | Yes |
| 4007-006 | 09/10/03 | Remove steel so CHS can patch and rub K-02 fdn | Yes |
| **Pending** | | | |
| 4007-005 | 09/10/03 | Premium time for Saturday 9/6/03 | Yes |
| 4007-007 | 09/26/03 | Provide ironworkers for rigging/setting piperack stair module | No |
| 4007-008 | 10/02/03 | Transport and install rails for reactor tabletop | Yes |

JLG **167518**

Valero 25,000 BPSD CCR Unit                    Project # 1302263002                    Jones LG, LLC.

Tel:     Fax:

| FCO# | FCO Date | Description | Closed? |
|---|---|---|---|
| **Contract 4008 - Riggs-Distler** | | | |
| Approved | | | |
| 4008-001 | 09/05/03 | Backcharge credit for Marino to unload modules | Yes |
| 4008-002 | 09/05/03 | Credit for removal of modules and D-06/D-07 | Yes |
| | | | |
| Pending | | | |
| 4008-003 | 09/24/03 | Install platforms on C-02 and C-101 | |
| 4008-004 | 09/24/03 | Make mods to steel platform per RFI 121 | No |
| 4008-005 | 09/26/03 | Set G-01 pumps and D-01 platforms | No |
| 4008-006 | 09/26/03 | Set G-101 pumps and shim/set G-07 pumps | No |
| 4008-007 | 09/26/03 | Credit for deletion of stair on NW side of Module 134 | No |
| 4008-008 | 09/26/03 | Weekly costs associated with adding additional yard gang | Yes |
| 4008-009 | 09/26/03 | Provide temporary lighting to compound and bathtub | No |
| 4008-010 | 10/01/03 | Install cooling tower as shown on RD proposal | No |
| 4008-011 | 10/01/03 | Cut anchor bolts on Module 125 | No |
| 4008-012 | 10/02/03 | Install misc steel on modules 111A and 118 per mod #16 | No |
| 4008-013 | 10/02/03 | Install misc structural steel per contract Mod #1 | No |
| 4008-014 | 10/03/03 | Elongate holes in steel plate for reactor | No |
| 4008-015 | 10/08/03 | Offload misc material and equip prior to 9/26 | Yes |
| | | | Yes |

JLG 167519

Valero 25,000 BPSD CCR Unit    Project # 1302263002    Jones LG, LLC.

Tel:    Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| Contract 4013 - Schoonover Electric Co., Inc. | | | |
| Approved | | | |
| 4013-001 | 04/02/03 | Repair & reloc temp power shack | Yes |
| 4013-004 | 03/26/03 | Premium portion of overtime | Yes |
| 4013-005 | 03/26/03 | Provide manpower as req'd for additional outlets | Yes |
| 4013-007 | 04/09/03 | Supply 230 additional post bases | Yes |
| 4013-008 | 04/09/03 | Proceed w/ductbank work south from matchline | Yes |
| 4013-009 | 04/23/03 | Lost time due to Plant Alarm | Yes |
| 4013-010 | 04/23/03 | Repair Temporary Power supply in Office area | Yes |
| 4013-011 | 04/23/03 | Install temporary power to Office Complex | Yes |
| 4013-011A | 07/17/03 | Additional temporary power | Yes |
| 4013-012 | 04/23/03 | Purchase of 3 piece UNY, rigid couplings | Yes |
| 4013-014 | 05/28/03 | Additional UNY's | Yes |
| 4013-015 | 05/28/03 | Premium time for maintaining temp lights-UOP pour | Yes |
| 4013-016 | 06/10/03 | Megger check motors upon receipt | Yes |
| 4013-018 | 06/19/03 | Purchase assorted grounding hardware | Yes |
| 4013-019 | 06/19/03 | Provide receiving/setting support for modules | Yes |
| 4013-020 | 06/20/03 | Support JLG Assured Grounding Program | Yes |
| 4013-021 | 06/25/03 | Install grounding per design | Yes |
| 4013-022 | 07/02/03 | Proceed south with ductbank from substation | Yes |
| 4013-023 | 07/02/03 | Provide temp power to office complex-July03 | Yes |
| 4013-024 | 07/11/03 | Misc material handling for July | Yes |
| 4013-025 | 07/14/03 | Premium time for 7/12/03 to Install grounding | Yes |
| 4013-027 | 07/24/03 | Rework grounding around WC-11 | Yes |
| 4013-028 | 07/29/03 | Bring all ductbank risers to proper elev.  Swab all conduits | Yes |
| 4013-029 | 07/29/03 | Misc rework and repairs (FCOR work) | Yes |
| 4013-030 | 08/01/03 | Provide electrician for the offsite warehouse Aug03 | Yes |
| 4013-031 | 08/01/03 | Misc Material Handling for August 03 | Yes |
| 4013-032 | 08/01/03 | Provide receiving support for Modules August 03 | Yes |
| 4013-033 | 08/14/03 | Premium time to install grounding | Yes |

JLG 167520

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:    Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| **Contract 4013 - Schoonover Electric Co., Inc.** | | | |
| **Approved** | | | |
| 4013-035 | 09/26/03 | Credit for wire/terms not performed on temp generator | Yes |
| 4013-036 | 09/26/03 | Credit for grounding not performed | Yes |
| | | | |
| **Pending** | | | |
| 4013-002 | 08/01/03 | Credit for revision of conduit sizes per mod 3 | |
| 4013-006 | 04/04/03 | Lost time for Afternoon of 4/3/03 | Yes |
| 4013-026 | 07/23/03 | Supply and Install temp power to bathtub | Yes |
| 4013-034 | 08/15/03 | Remove cabletray on mods to assist pipefitters | Yes |
| | | | |
| **Rejected** | | | |
| 4013-017 | 06/19/03 | Void | Yes |

JLG 167521

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:    Fax:

| FCO # | FCO Date | Description | Closed? |
|-------|----------|-------------|---------|
| **Contract 4014 - S. M. ELECTRIC** | | | |
| Pending | | | |
| 4014-001 | 09/03/03 | Repair cabletray on N/S piperack | No |
| 4014-002 | 09/05/03 | Premium time to rig/install temp power trailer | Yes |
| 4014-003 | 09/08/03 | Complete installation of temp power generator - Sep 03 | No |
| 4014-004 | 09/11/03 | Provide temp project lighting as required | No |
| 4014-005 | 09/16/03 | Repair shipping damage to Substation 14 | No |
| 4014-006 | 09/16/03 | Premium time to install substation 14 | No |
| 4014-007 | 09/18/03 | Secure Cable Tray Miscellenous Electric Materials | No |
| 4014-008 | 09/24/03 | Downtime for critical crane lift | Yes |
| 4014-009 | 09/25/03 | Assist in setting remaining Modules | No |
| 4014-010 | 10/01/03 | Lost time due to remaining onsite during rain | No |
| 4014-011 | 10/01/03 | Remove and reinstall bus duct supports to allow bushhammering | Yes |
| 4014-012 | 10/01/03 | Provide temp power support for Oct 03 | No |
| 4014-013 | 10/01/03 | Repair ground grid as required | No |

JLG 167522

Valero 25,000 BPSD BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:     Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| **Contract 4017 – Kramer Gunite** | | | |
| **Pending** | | | |
| 4017-001 | 08/07/03 | Cutout and patch E-22 exchanger structure fireproofing | |
| 4017-002 | 08/20/03 | Fireproof compressor piperack | No |
| 4017-003 | 08/20/03 | Install fireproofing on tie beams on the main piperack | No |
| 4017-004 | 08/20/03 | Provide scaffolding for D-42 in upright position | No |
| 4017-006 | 08/20/03 | Fireproof repairs to modules 101 thru 111 | No |
| 4017-007 | 08/29/03 | Provide hanging scaffold for main piperack | No |
| 4017-008 | 09/09/03 | Remove excess fireproofing on compressor piperack to eliminate interference with fitup of steel | No |
| 4017-009 | 09/09/03 | Provide scaffolding for fireproofing of modules 120-22 | No |
| 4017-010 | 09/16/03 | Provide scaffolding for fireproofing E-101 and E-102 | No |
| 4017-012 | 10/01/03 | Supply scaffold decking for K-02 platform | No |

**Rejected**

| 4017-005 | 08/20/03 | Fireproof module 114 (void) | Yes |

JLG 167523

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:    Fax:

| FCO # | FCO Date | Description | Closed? |
|-------|----------|-------------|---------|
| **Contract 4022 - Schwartner** | | | |
| **Approved** | | | |
| 4022-001 | 06/11/03 | Cost increase assoc w/rebar connection change | Yes |
| 4022-004 | 06/26/03 | Concrete Changes per D01C0131 (CHS COR No. 12) | Yes |
| 4022-005 | 06/26/03 | Bush Hammer fdns (CHS COR No. 11) | Yes |
| 4022-006 | 06/26/03 | Install 9 EP2 plates (CHS COR No. 10) | Yes |
| 4022-007 | 06/27/03 | Changes per dwg D01C0330 (CHS COR No.1) | Yes |
| 4022-008 | 06/27/03 | Changes assoc with dwg D01C0405 rev 0 (CHS COR No.2) | Yes |
| 4022-009 | 06/27/03 | Changes assoc with dwg D01C0400 rev 0 (CHS COR No. 3) | Yes |
| 4022-010 | 06/27/03 | Changes assoc with dwg D01C0321 rev 0 (CHS COR No. 4) | Yes |
| 4022-011 | 06/27/03 | Changes assoc with dwg D01C0320 rev 0 (CHS COR No. 5) | Yes |
| 4022-012 | 06/27/03 | Changes assoc with dwg D01C0316/17 rev 0 (CHS COR No. 6) | Yes |
| 4022-013 | 06/27/03 | Changes assoc with dwg D01C0315 rev 0 (CHS COR No. 7) | Yes |
| 4022-014 | 06/27/03 | Provide 4 heater piperack columns (CHS COR No. 8) | Yes |
| 4022-017 | 07/02/03 | Provide standby concrete truck for K-02 pour | Yes |
| 4022-018 | 07/08/03 | Provide superplasticizer for K-02 concrete pour | Yes |
| 4022-019 | 07/08/03 | Provide additional formwork for K-02 piers | Yes |
| 4022-023 | 07/23/03 | Costs assoc with accelerating the column schedule | Yes |
| 4022-024 | 08/01/03 | Changes assoc with dwg D01C0290 rev 1 | Yes |
| 4022-025 | 08/01/03 | Changes assoc with dwg D01C0360 rev 0 | Yes |
| 4022-026 | 08/01/03 | Changes assoc with dwg D01C0422 rev 0 | Yes |
| 4022-027 | 08/01/03 | Changes assoc with dwg D01C0325 rev 0 | Yes |
| 4022-028 | 08/01/03 | Changes assoc with dwg D01C0421 rev 1 | Yes |
| 4022-029 | 08/01/03 | Changes assoc with dwg D01C0420 rev 1 | Yes |
| 4022-035 | 08/21/03 | Install concrete paving per Dwg D01C0083 rev 1 | No |
| 4022-039 | 09/09/03 | Remove west side ramp to install foundations | Yes |
| 4022-040 | 09/09/03 | Modify rebar due to interference with K-02 anchor bolts | Yes |
| 4022-041 | 09/09/03 | Modify mis-fabricated rebar in accordance with CHS work reports | Yes |

JLG 167524

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:   Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| Contract 4022 - Schwertner | | | |
| Pending | | | |
| 4022-002 | 06/13/03 | Adjust forms/rebar to accomodate exist ductbank | Yes |
| 4022-003 | 06/25/03 | Trim ends of rebar on K-02 | Yes |
| 4022-015 | 06/27/03 | Relocate shoring from CCR foundation | Yes |
| 4022-016 | 06/27/03 | Fab dowels as shown on dwg D01C0226 | Yes |
| 4022-020 | 07/17/03 | Construct analyzer building foundation | Yes |
| 4022-021 | 07/18/03 | Fine grade in preparation for paving | Yes |
| 4022-022 | 07/23/03 | Trim tails of rebar on reactor tabletop | No |
| 4022-030 | 08/18/03 | Credit for removal of 50 ton crane | Yes |
| 4022-031 | 08/21/03 | Install concrete paving per Dwg D01C0082 rev 1 | No |
| 4022-032 | 08/21/03 | Overtime to install paving around K-02A/B | Yes |
| 4022-033 | 08/21/03 | Provide area paving in accordance with Dwg D01C0081 rev 3 | Yes |
| 4022-034 | 09/04/03 | Provide onsite general conditions beyond orig contract end date | No |
| 4022-036 | 09/04/03 | Additional concrete work per Dwg C0420/21/22/23 | No |
| 4022-037 | 09/05/03 | Construct anchor bolt template for reactor tabletop | No |
| 4022-038 | 09/09/03 | CCR upper tabletop rebar mods | Yes |
| 4022-044 | 09/16/03 | Install 1/4" backing prior to installation of pavement caulking | Yes |
| 4022-045 | 09/25/03 | Remove perimeter forms from upper tabletop (premium time) | No |
| 4022-046 | 09/26/03 | Provide 4000 psi concrete for paving in lieu of 3000 psi | Yes |
| 4022-047 | 09/26/03 | Bush and prep piers not included in FCA 4022-005 | Yes |
| 4022-048 | 09/26/03 | Provide concrete changes associated with dwgs D01C0081 rev 4 and others | Yes |
| 4022-050 | 10/07/03 | Provide temporary power by using portable generators | No |
| 4022-051 | 10/07/03 | No work due to Hurricane Isabel | No |
| 4022-052 | 10/07/03 | Misc T&M (concrete, rebar, downtime) | Yes |
| 4022-053 | 10/07/03 | Costs associated with JLG directed premium time | Yes |
| 4022-054 | 10/08/03 | Use of 6000 psi concrete instead of 4000 psi | Yes |
| 4022-055 | 10/08/03 | Costs assoc with pump, oiler, operator for cancelled tabletop pour | Yes |
| 4022-056 | 10/08/03 | Use of higher strength concrete for upper tabletop pour | Yes |

JLG 167525

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:     Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| Contract  4022 - Schwertner | | | |

**Rejected**

| 4022-042 | 09/09/03 | Lost time due to one hour delay in starting safety orientation | Yes |
| 4022-049 | 09/26/03 | Relocate laydown yard from west side of west road | Yes |

JLG 167526

Valero 25,000 BPSD CCR Unit

Project # 1302263002

Jones LG, LLC.

Tel:     Fax:

| FCO # | FCO Date | Description | Closed? |
|---|---|---|---|
| **Contract 4023 - Advanced Specialty Contractors** | | | |
| **Approved** | | | |
| 4023-001 | 06/19/03 | Insulate section of pipe at bottom of C-02 | Yes |
| 4023-002 | 06/27/03 | Downtime due to delayed start on C-02 | Yes |
| 4023-003 | 06/27/03 | Demobilize due to delay Valero delay on C-101 | Yes |
| 4023-004 | 07/17/03 | Insulate Reactor and PackInox | Yes |
| 4023-005 | 07/23/03 | Additional Insulation for stiffener rings on C-02 and C-101 | Yes |
| **Pending** | | | |
| 4023-006 | 08/14/03 | Insulate vessel D-01 | |
| 4023-007 | 09/04/03 | Downtime due to stoppage of work on Reactor and PackInox | No |
| 4023-008 | 09/09/03 | Schedule acceleration for PackInox and reactor | Yes |
| 4023-009 | 10/02/03 | Insulate portions of reactor after vessel is set | Yes |
| 4023-010 | 10/07/03 | Weatherproof C-02 and C-101 open areas | No |
| | | | Yes |

JLG 167527