EXHIBIT 2

C.H. SCHWERTNER & SON, INC.
BUILDING CONTRACTORS 25 ROCK HILL ROAD BALA CYNWYD, PA 19004
TELEPHONE: 610-667-4773
FAX: # 610-667-6874

File in Corres
(faxed copies routed)

ESTABLISHED 1928

September 26, 2003

Jones LG, LLC
800 Billingsport Road
P. O. Box #419
Paulsboro, NJ 08066

Attention: Dave McLaughlin

RE: Jones LG/Valero - Concrete Foundations
CHS Job #0303
CHANGE ORDER REQUEST #37 Revised II

Ladies & Gentlemen:

We request a Change Order in the amount of $39,134.00 for extended general conditions costs, due to additional work that will extend our scope past the contract completion date of 9/12/03, in accordance with FCA #4022-034. As agreed at our 9/25/03 meeting, this Change Order Reqeust will cover costs for the weeks of 9/15/03, 9/22/03 and 9/29/03. Costs associated with work past 10/3/03 will be covered under separate Change Order Request.

Backup is attached.

Kindly issue your confirming Change Order.

Very truly yours,
C. H. SCHWERTNER & SON, INC.

Michael Gambino
Vice President

APPROVED BY______________

MAG:th
Enclosure

RECEIVED
OCT 10 2003
JONES LG LLC

SECTION 00938P - CHANGE ORDER REQUEST FORM
(EXHIBIT P)

# CHANGE ORDER REQUEST (COR)

**To:** C H Schwertner
**Subcontract No.:** 22630 - 4022

**Date:** 9/26/03
**COR No.:** 37 Rev.# 2
**Project No.:** 22630

**Description of Change:** FCA # 4022-034

Additional Information Attached? ✓ Yes ____ No

**Reason for Change:**

Extended General Conditions for the weeks of 9/15/03, 9/22/03 and 9/29/03

**Drawing and Specification References:**

**Drawing Numbers:** N/A

**Section Numbers:** N/A

**Price:**
The total subcontract price (increase)/decrease) as indicated in the breakdown for the work as described is: ____ Dollars ($ 39,134 USD).

✓ Lump Sum ____ Unit Price ____ Time & Material ____ Not-to Exceed (*)

(*) On all "Not-to-Exceed" work, once 80% of the authorization is expended Subcontractor must review with Contractor before proceeding further.

**Schedule Impact:**
Days (added) (deleted) as a result of this COR: 3 weeks
Revised Substantial Completion Date is: 10/3/03
Revised Final Completion Date is: 10/3/03

**Subcontractor is to:**
____ Do Not proceed until authorized. ____ Proceed immediately - Do Not exceed $____ without further authorization.

| CONTRACTOR | SUBCONTRACTOR |
|---|---|
| By: | By: [signature] |
| Date: | Date: 9/26/03 |

The COR represents any and all amounts Subcontractor claims for the change referred to herein (including any claim for delay or impact upon the Project Schedule, Milestone, or other Subcontract time).
Upon acceptance and approval of this Change Order Request, contractor shall execute a Change Order for the Work contained herein pursuant to the Subcontract Agreement.



ROCIP Calculation Sheet

| | |
|---|---|
| Subcontract Number: | 22630-4822 |
| Contractor: | G.H. Schwertner |
| Sub To: | Jones LG, LLC |
| FCA No. | 4822-03[illegible] |
| FCA Amount With Insurance: | |
| ROCIP Insurance | [illegible] |
| FCO | $ (1,324.00) |
| Category: | |

| | Total With Insurance Costs | CCIP | Total Without Insurance Costs |
|---|---|---|---|
| Labor amount | $ 33,672.30 | [illegible] | $ 32,348.30 |
| Subcontractors Labor | $ - | $ - | $ - |
| Total Labor | $ 33,672.30 | [illegible] | $ 32,348.30 |
| Material, Etc. | $ 8,785.70 | | [illegible] |
| Subcontractor's Material, Etc. | $ - | | $ - |
| Total Material, Etc. | $ 8,785.70 | | $ 8,785.70 |
| Total FCA | $ 40,458.00 | | [illegible] |

These Rates include insurance costs

| Labor Hours ST | 1.5 | 2 | | Base Rate | Loaded | O/T 1.5 | O/T 2.0 | Total Unburdened Labor | |
|---|---|---|---|---|---|---|---|---|---|
| 80 | 15 | | Operating Engineer, Backhoe | $ 31.28 | $ 63.33 | $ 89.43 | $ 115.53 | $ 2,346.00 | $ 5,141.25 |
| | | | OE Backhoe Premium Time Only | | | $ 26.10 | $ 52.20 | $ - | $ - |
| | | | Operating Engineer, Trackhoe | $ 32.87 | $ 65.76 | $ 92.78 | $ 119.79 | $ - | $ - |
| | | | OE Trackhoe, Premium Time Only | | | $ 27.02 | $ 54.03 | $ - | $ - |
| | | | Carpenter - to 04/30/04 | $ 31.70 | $ 60.59 | $ 85.74 | $ 110.88 | $ - | $ - |
| | | | Carpenter, Premium Time Only | | | $ 25.15 | $ 50.29 | $ - | $ - |
| | | | Carpenter, Foreman - to 04/30/04 | $ 34.45 | $ 69.63 | $ 98.64 | $ 127.65 | $ - | $ - |
| | | | Carpenter, F; Premium Time Only | | | $ 29.01 | $ 58.02 | $ - | $ - |
| 75 | 21 | | Carpenter, General Foreman - to 04/30/04 | $ 41.21 | $ 78.69 | $ 111.56 | $ 144.42 | $ 3,956.16 | $ 8,244.51 |
| | | | Carpenter, GF; Premium Time Only | | | $ 32.87 | $ 65.73 | $ - | $ - |
| 75 | 21 | | Carpenter, Superintendent - 04/30/04 | $ 42.03 | $ 80.25 | $ 113.94 | $ 147.62 | $ 4,034.88 | $ 8,411.49 |
| | | | Carpenter, S; Premium Time Only | | | $ 33.69 | $ 67.37 | $ - | $ - |
| | | | Cement Mason - to 04/30/04 | $ 28.20 | $ 51.51 | $ 69.67 | $ 83.83 | $ - | $ - |
| | | | Cement Mason, Premium Time Only | | | $ 16.16 | $ 32.32 | $ - | $ - |
| | | | Cement Mason, Foreman - to 04/30/04 | $ 32.20 | $ 58.91 | $ 77.37 | $ 93.82 | $ - | $ - |
| | | | Cement Mason, F; Premium Time Only | | | $ 18.46 | $ 34.91 | $ - | $ - |
| | | | Cement Mason, General Foreman - to 04/30/04 | $ 33.20 | $ 58.26 | $ 79.29 | $ 96.32 | $ - | $ - |
| | | | Cement Mason, GF; Premium Time Only | | | $ 21.03 | $ 38.04 | $ - | $ - |
| 248 | | | Laborer - to 04/30/04 | $ 24.30 | $ 47.98 | $ 68.11 | $ 82.04 | $ 6,014.25 | $ 11,875.05 |
| | | | Laborer, Premium Time Only | | | $ 20.13 | $ 34.06 | $ - | $ - |
| | | | Laborer, Foreman - to 04/30/04 | $ 27.34 | $ 52.42 | $ 74.30 | $ 89.97 | $ - | $ - |
| | | | Laborer, F; Premium Time Only | | | $ 21.88 | $ 37.55 | $ - | $ - |
| | | | Laborer, General Foreman - to 04/30/04 | $ 30.28 | $ 56.73 | $ 80.29 | $ 97.65 | $ - | $ - |
| | | | Laborer, GF - Premium Time Only | | | $ 23.56 | $ 40.92 | $ - | $ - |
| ## | 57 | 0 | Hours | | | | | $ 16,351.29 | $33,672.30 |
| | | 515 | TOTAL HOURS | | | TRUE | | | |

| Description | Code | Rate | Payroll | Premium | Bid Credit |
|---|---|---|---|---|---|
| Operating Engineers | 5213 | 9.37 | 2,346 | 220 | |
| Carpenter | 5213 | 9.37 | 7,991 | 749 | |
| Cement Masons | 5213 | 9.37 | - | - | |
| Laborers | 5213 | 9.37 | 6,014 | 564 | |
| | | | | - | |
| Subtotal | | | $ 16,351 | $ 1,533 | |
| | | | | - | |
| Subtotal | | | | 1,533 | |
| Drug Free Workplace @ 0% | | | | - | |
| Subtotal | | | | 1,533 | |
| Managed Care @ 10% for 1996 only | | | | - | |
| Subtotal | | | | 1,533 | |
| Safety Credit @ 0% | | | | - | |
| Subtotal | | | | 1,533 | |
| Experience Modification | | | | 0.876 | |
| Subtotal | | | | $ 1,343 | |
| NJCCPAP Discount @ 7.00% | | | | (94) | |
| Subtotal | | | | 1,249 | |
| Self-Insured Discount @ 0.00% | | | | - | |
| Loss Charge @ 0.00% | | | | - | |
| Subtotal | | | | 1,249 | |
| Stock Discount @ 3.0% | | | | (37) | |
| Subtotal | | | | 1,212 | |
| NJ Second Injury Fund Surcharge @ 7.96% | | | | 96 | |
| Subtotal | | | | 1,308 | |
| Workers Compensation Premium | | | | $ 1,308 | $ 1,308 |
| General Liability (0.646% of Contract Value) | | | | | - |
| Excess Liability (0.33% of Contract Value) | | | | | - |
| Professional Liability (0.00% of Payroll Value) | | | | | - |
| Builders Risk (0.00% of Contract Value) | | | | | - |
| Completed Operations (0.00% of Payroll Value) | | | | | - |
| Subtotal | | | | | $ 1,308 |
| Other Costs | | | | | |
| Subcontractor Totals | | | | | |
| Total Payroll | | | $ 16,351 | | |
| Profit & Overhead @ 1.19% | | | | | 16 |
| Total ROCIP Cost | | | | | $ 1,324 |

JLG 018060

Jones LG/ IA[illegible]

Prepared By [initials] Date 9/26/03
Approved By [illegible]

| | GENERAL CONDITIONS | | SUBS | MTL/EQ | LABOR |
|---|---|---|---|---|---|
| | SUPER. w/ Pickup Truck | | | | 2006 |
| 25 | ~~40~~ HRS @ 80.25 | | | 250 | ~~3210~~ |
| 7 | ~~10~~ HRS @ 113.94 | | | | ~~1139~~ |
| | | | | | 798 |
| | CARP. GEN. FORMAN w/ Pickup Truck | | | | |
| | 25 HRS @ 78.69 | | | 250 | 1967 |
| | 7 HRS @ 111.56 | | | | 781 |
| | | | | | |
| | LULL OPERATOR w/ LULL | | | | 1267 |
| 20 | ~~40~~ HRS @ 63.33 | | | 1000 | ~~2533~~ |
| 5 | ~~10~~ HRS @ 89.43 | | | | 447 ~~894~~ |
| | SAFETY 2 HRS/DAY = 13 HRS/WEEK @ 47.98 | | | | 624 |
| | FIELD OFFICE MANAGER | | | | |
| | 50 HRS @ 47.98 | | | | 2399 |
| | CLEANUP 3 HRS/DAY = 19½ HRS/WEEK @ 47.98 | | | | 936 |
| ~~2~~ | ~~GENERATORS w/ OPERATOR (PART-TIME)~~ | | | ~~206~~ | |
| | ~~2 HRS/DAY x 5 = 10 HRS @ 115.58~~ | | | ~~206~~ | ~~1155~~ |
| | | | | | |
| | 1 OFFICE TRAILER | | | 75 | |
| | 1 CHANGE TRAILER | | | 57 | |
| | 1 STORAGE TRAILER | | | 57 | |
| | FIELD COMMUNICATIONS | | | 50 | |
| | WATER/ICE | | | 50 | |
| | OFFICE EQUIPMENT, COMPUTERS, FAX, COPIER | | | 150 | |
| | | | | ~~2351~~ | ~~15688~~ |
| | | 1939 EQ | ~~2351~~ | 1939 | 11225 |
| | | 116 TX | ~~141~~ | | |
| | | 11225 LAB | ~~15688~~ | | |
| | | 13280 | ~~18180~~ | | |
| | 10% M/U EQUIP/MTL | 206 | ~~249~~ | | |
| | | 13486 | $ ~~18379~~ | | |
| | 3 WEEKS X | 3 | | | |
| | | $ 40458 | | | |

JLG 018061

C.H. SCHWERTNER & SON, INC.
BUILDING CONTRACTORS 25 ROCK HILL ROAD BALA CYNWYD, PA 19004
TELEPHONE: 610-667-4773
FAX: # 610-667-6874

Rec'd Oct 10, 2003
Faxed copies Posted
File in Cons

ESTABLISHED 1928

October 1, 2003

Jones LG, LLC
800 Billingsport Road
P. O. Box #419
Paulsboro, NJ 08066

Attention: Dave McLaughlin

RE: Jones LG/Valero - Concrete Foundations
CHS Job #0303
CHANGE ORDER REQUEST #43

Ladies & Gentlemen:

We request a Change Order in the amount of $7,521.00 to perform the additional work associated with Jones LG FCA #4022-044.

| | |
|---|---|
| Labor | $5,767.00 |
| Material | $ 774.00 |
| CHS Fee | $ 980.00 |
| TOTAL | $7,521.00 |

This price is based upon completion of the Change Order work no later than 9/12/03. If the work is not complete by 9/12/03, CHS will require an extension of schedule and associated general conditions and indirect costs.

Backup is attached.

Kindly issue your confirming Change Order.

Very truly yours,

C. H. SCHWERTNER & SON, INC.

Michael Gambino
Vice President

APPROVED BY____________

MAG:th
Enclosure

JLG 018054

J[illegible] / [illegible]

10/1/03

| | MTL | LAB |
|---|---|---|
| [illegible] | | |
| [illegible] – 1230 LF | | |
| [illegible] – 1113 LF | | |
| [illegible] – 3817 LF | | |
| [illegible] – 1033 LF | | |
| 7300 LF | 10 730 | 50 3650 |
| MTL | 730 | |
| TAX | 44 | |
| LAB | 3650 | |
| [illegible] | 2373 | |
| | 6797 | |
| 15% O/H LAB/FR | 903 | |
| 10% O/H MTL/EQ | 77 | |
| | $ 7777 | |



ROCIP Calculation Sheet

*Subcontract Number:* 22630-4022
*Contractor:* G.H. Schwertner
*Sub To:* Jones LG, LLC
*FCA No.* [illegible]
*FCA Amount With Insurance:*
*ROCIP Insurance* [illegible]
*FCO* [illegible]
*Category:*

| | Total With Insurance Costs | CCIP | Total Without Insurance Costs |
|---|---|---|---|
| Labor amount | $ 6,023.00 | [illegible] | $ 5,767.00 |
| Subcontractors Labor | $ - | $ - | $ - |
| Total Labor | $ 6,023.00 | [illegible] | $ 5,767.00 |
| Material, Etc. | $ 1,754.00 | | [illegible] |
| Subcontractor's Material, Etc. | $ - | | $ - |
| Total Material, Etc. | $ 1,754.00 | | $ 1,754.00 |
| Total PCA | $ 7,777.00 | | [illegible] |

These Rates Include insurance costs

| Labor Hours ST | 1.5 | 2 | | Base Rate | Loaded | O/T 1.5 | O/T 2.0 | Total Unburdened Labor | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Operating Engineer, Backhoe | $ 31.28 | $ 63.33 | $ 88.43 | $ 115.53 | $ - | $ - |
| | | | OE Backhoe Premium Time Only | | | $ 26.10 | $ 52.20 | $ - | $ - |
| | | | Operating Engineer, Trackhoe | $ 32.87 | $ 65.76 | $ 92.78 | $ 119.79 | $ - | $ - |
| | | | OE Trackhoe, Premium Time Only | | | $ 27.02 | $ 54.03 | $ - | $ - |
| | | | Carpenter - to 04/30/04 | $ 31.76 | $ 60.59 | $ 85.74 | $ 110.88 | $ - | $ - |
| | | | Carpenter, Premium Time Only | | | $ 25.15 | $ 50.29 | $ - | $ - |
| | | | Carpenter, Foreman - to 04/30/04 | $ 36.45 | $ 69.63 | $ 98.64 | $ 127.65 | $ - | $ - |
| | | | Carpenter, F; Premium Time Only | | | $ 29.01 | $ 58.02 | $ - | $ - |
| | | | Carpenter, General Foreman - to 04/30/04 | $ 41.21 | $ 78.69 | $ 111.56 | $ 144.42 | $ - | $ - |
| | | | Carpenter, GF; Premium Time Only | | | $ 32.87 | $ 65.73 | $ - | $ - |
| 75 | | | Carpenter, Superintendent - 04/30/04 | $ 42.03 | $ 80.25 | $ 113.94 | $ 147.62 | $ 3,154.48 | $ 6,023.00 |
| | | | Carpenter, S; Premium Time Only | | | $ 33.69 | $ 67.37 | $ - | $ - |
| | | | Cement Mason - to 04/30/04 | $ 28.20 | $ 51.51 | $ 69.67 | $ 83.83 | $ - | $ - |
| | | | Cement Mason, Premium Time Only | | | $ 18.16 | $ 32.32 | $ - | $ - |
| | | | Cement Mason, Foreman - to 04/30/04 | $ 32.29 | $ 58.91 | $ 77.37 | $ 93.82 | $ - | $ - |
| | | | Cement Mason, F; Premium Time Only | | | $ 18.46 | $ 34.91 | $ - | $ - |
| | | | Cement Mason, General Foreman - to 04/30/04 | $ 33.29 | $ 58.26 | $ 79.29 | $ 96.32 | $ - | $ - |
| | | | Cement Mason, GF; Premium Time Only | | | $ 21.03 | $ 38.06 | $ - | $ - |
| | | | Laborer - to 04/30/04 | $ 24.30 | $ 47.98 | $ 68.11 | $ 82.04 | $ - | $ - |
| | | | Laborer, Premium Time Only | | | $ 20.13 | $ 34.06 | $ - | $ - |
| | | | Laborer, Foreman - to 04/30/04 | $ 27.34 | $ 52.42 | $ 74.30 | $ 89.97 | $ - | $ - |
| | | | Laborer, F; Premium Time Only | | | $ 21.88 | $ 37.55 | $ - | $ - |
| | | | Laborer, General Foreman - to 04/30/04 | $ 30.26 | $ 56.73 | $ 80.29 | $ 97.65 | $ - | $ - |
| | | | Laborer, GF - Premium Time Only | | | $ 23.56 | $ 40.92 | $ - | $ - |
| 75 | 0 | 0 | Hours | | | | | $ 3,154.48 | $ 6,023.00 |

75 TOTAL HOURS

TRUE

| Description | Code | Rate | Payroll | Premium | Bid Credit |
|---|---|---|---|---|---|
| | | | | | |
| Operating Engineers | 5213 | 9.37 | - | - | |
| Carpenter | 5213 | 9.37 | 3,154 | 296 | |
| Cement Masons | 5213 | 9.37 | - | - | |
| Laborers | 5213 | 9.37 | - | - | |
| | | | | - | |
| *Subtotal* | | | $ 3,154 | $ 296 | |
| | | | | - | |
| *Subtotal* | | | | 296 | |
| Drug Free Workplace @ 0% | | | | - | |
| *Subtotal* | | | | 296 | |
| Managed Care @ 10% for 1998 only | | | | - | |
| *Subtotal* | | | | 296 | |
| Safety Credit @ 0% | | | | - | |
| *Subtotal* | | | | 296 | |
| Experience Modification | | | | 0.876 | |
| *Subtotal* | | | | $ 259 | |
| NJCCPAP Discount @ 7.00% | | | | (18) | |
| *Subtotal* | | | | 241 | |
| Self-Insured Discount @ 0.00% | | | | - | |
| Loss Charge @ 0.00% | | | | - | |
| *Subtotal* | | | | 241 | |
| Stock Discount @ 3.0% | | | | (7) | |
| *Subtotal* | | | | 234 | |
| NJ Second Injury Fund Surcharge @ 7.98% | | | | 19 | |
| *Subtotal* | | | | 253 | |
| Workers Compensation Premium | | | | $ 253 | $ 253 |
| General Liability (0.549% of Contract Value) | | | | | - |
| Excess Liability (0.33% of Contract Value) | | | | | - |
| Professional Liability (0.00% of Payroll Value) | | | | | - |
| Builders Risk (0.00% of Contract Value) | | | | | - |
| Completed Operations (0.00% of Payroll Value) | | | | | - |
| *Subtotal* | | | | | $ 253 |
| Other Costs | | | | | |
| Subcontractor Totals | | | | | |
| Total Payroll | | | $ 3,154 | | |
| Profit & Overhead @ 1.19% | | | | | 3 |
| Total ROCIP Cost | | | | | $ 254 |

JLG 018056

SECTION 00938P - CHANGE ORDER REQUEST FORM
(EXHIBIT P)

# CHANGE ORDER REQUEST (COR)

**To:** CH Schwertner
**Subcontract No.:** 22630 - 4022

**Date:** 10/1/03
**COR No.:** 43
**Project No.:** 22630

**Description of Change:** INSTALL BACKER ROD AT CAULK JOINTS

Additional Information Attached? ✓ Yes ___ No

**Reason for Change:** DESIGN CONFLICT

**Drawing and Specification References:**

| Drawing Numbers | Section Numbers |
|---|---|
| D01 C0085 Rev-0 | DETAIL DET, EJ 1 + EJ 2 |

**Price:**
The total subcontract price (increase/decrease) [increase circled] as indicated in the breakdown for the work as described is: ______ Dollars ($ 7,521.00 USD).

✓ Lump Sum ___ Unit Price ___ Time & Material ___ Not-to Exceed (*)

(*) On all "Not-to-Exceed" work, once 80% of the authorization is expended Subcontractor <u>must review with Contractor</u> before proceeding further.

**Schedule Impact:**
Days (added) (deleted) as a result of this COR: See cover letter
Revised Substantial Completion Date is:
Revised Final Completion Date is:

**Subcontractor is to:**
___ Do Not proceed until authorized.
___ Proceed immediately – Do Not exceed $______ without further authorization.

| CONTRACTOR | SUBCONTRACTOR |
|---|---|
| By: | By: [signature] |
| Date: | Date: 10/1/03 |

The COR represents any and all amounts Subcontractor claims for the change referred to herein (including any claim for delay or impact upon the Project Schedule, Milestone, or other Subcontract time).
Upon acceptance and approval of this Change Order Request, contractor shall execute a Change Order for the Work contained herein pursuant to the Subcontract Agreement.

C.H. SCHWERTNER & SONS, INC.
BUILDING CONTRACTORS 25 ROCK HILL ROAD BALA CYNWYD, PA 19004
TELEPHONE: 610-667-4773
FAX: # 610-667-6874

Rec'd Oct 10, 2003
File in Cores
Faxed Copies Routed

ESTABLISHED 1928

October 6, 2003

Jones LG, LLC
800 Billingsport Road
P. O. Box #419
Paulsboro, NJ 08066

Attention: Dave McLaughlin

RE: Jones LG/Valero - Concrete Foundations
CHS Job #0303
CHANGE ORDER REQUEST #44

Ladies & Gentlemen:

We request a Change Order in the amount of $55,411.00 for the premium portion of the overtime in excess of 50 hours, to accelerate the schedule at the direction of Jones LG.

| | |
|---|---|
| Labor | $39,031.00 |
| Material/Equipment | $ 4,742.00 |
| Subcontractors | $ 5,056.00 |
| CHS Fee | $ 6,582.00 |
| TOTAL | $55,411.00 |

This price is based upon completion of the Change Order work no later than 9/12/03. If the work is not complete by 9/12/03, CHS will require an extension of schedule and associated general conditions and indirect costs.

Backup is attached.

Kindly issue your confirming Change Order.

Very truly yours,
C. H. SCHWERTNER & SON, INC.

Michael Gambino
Vice President

APPROVED BY______________

MAG:th
Enclosure

JLG 018044

ME 10/1/05

SUMMARY
OVERTIME CHARGES
FOR SATURDAYS

| | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| | | | [illegible] | [illegible] | [illegible] |
| | CHS | | | | |
| | LABOR - SEE ATTACHED SHEETS → | | | | $39031 |
| | MASONRY / EQUIPMENT | | | | |
| | CONCRETE PUMPS | | | | |
| 6/21 | 29 cys | | | | |
| 7/11 | 6 cys | | | | |
| 7/2[illegible] | 145 cys | | | | |
| 9/2 | 11 cys | | | | |
| 9/16 | 19 cys | | | | |
| | 210 cys @ [illegible] = | | $1260 - | | |
| | PUMPS | | | | |
| | 7/26 + 3/[illegible] = 2 DAYS @ $276 - = | | $552 - | | |
| | BACKHOE/[illegible] | | | | |
| | 38 HRS @ $37.50/HR = | | $1425 - | | |
| | CRANE | | | | |
| | 7 DAYS @ $215/DAY = | | $1505 - | | |
| | S[illegible] - SEE ATTACHED SHEETS → | | | $5056 | |
| | SUBTOTALS | [illegible] | 4742 | 5056 | 39031 |
| | | [illegible] | 5056 | | |
| | | [illegible] | 39031 | | |
| | | | 48829 | | |
| | [illegible] | | [illegible] | | |
| | [illegible] | | 474 | | |
| | [illegible] | | 53[illegible] | | |
| | | | $54411 - | | |

JLG 018045

Prepared By [illegible] Date

Approved By [illegible] 10/1/03

| DATE | TASK | Hrs Sat Fit | Sup | CF | CF | LF | LF | LF | Oil/Bkr/Lull | Clerk |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/7 | Mtg [illegible] (All 8 Hrs) | | 1 | 1 | | | | | | 1 |
| ~~6/4~~ | ~~Excavating [illegible]~~ Not Jones Project | | X | X | | X | | | 3X [illegible] | |
| 6/21 | NG Gas [illegible] Columns at [illegible] (All 8 Hrs) | 1/2 | 1 | 1 | 4 | 1 | 2 | 1/E | CR | 1 |
| 6/23 | [illegible] Prepare [illegible] (All 8 Hrs) | | 1 | 1 | 7 | 1 | 1 | | BH CR | |
| 6/29 SUNDAY | 3 [illegible] columns [illegible] Strip [illegible] → CHS C&R #16 | | X | X | X | | X | X | X | |
| 7/12 | ?? [illegible] (All 8 Hrs) | 1/E | 1 | 1 | 6 | | 1 | | CR | 1 |
| 7/19 | [illegible] Temp/[illegible] Strip [illegible] columns [illegible] (All 8 Hrs) | 1/2 | 1 | 1 | 5 | 1 | 3 | 1 | CR | 1 |
| 7/26 | NG [illegible] Strip [illegible] [illegible] At [illegible] (Various Hours) | | 1 (8) | 2 (16) | 9 (67) | 1 (7) | 2 (1½) | 1/2 (7½/13) | CR Pump Lull | 1 (5) |
| 8/2 | [illegible] Pump/[illegible] [illegible] Strip [illegible] Strip [illegible] (Various Hours) | 2/1 | 1 (8) | 1 (8) | 4 (32) | 1 (8) | 3 (?) | 1/1 (8/7) | CR [illegible] | 1 (8) |
| 8/9 | Sub [illegible] [illegible] (All 8 Hrs) | 1/2 | 1 | 2 | 3 | 1 | 2 | 1/1 | CR | 1 |
| 8/16 | [illegible] | 1/1 | 1 ([illegible]) | — | 6 ([illegible]) | 1 ([illegible]) | 3 ([illegible]) | ([illegible]) | | ([illegible]) |

(60 4) (1450 4) (110 4)

JLG 018046

JONES / VALD[illegible]

Prepared by: [illegible]
Approved by: 10/ /03

| DATE | TASK | HIGH GATE F/S | SUPT | CF | CA | CF | LA | CF | CAL BR [illegible] | DESK |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/23 | UPPER [illegible] / [illegible] PAVING (VARIOUS HOURS) | 1/2 | 1 (16) | 1 (16) | 8 (56) | 1 (8) | 2 (22) | 1/1 (4½) | LULL | 1 |
| 8/24 (Survey) | ASSIST [illegible] JUST/[illegible] PAVING (ALL 8 HOURS) | 1/2 | 1 | 1 | 8 | | 2 | 1/1 | LULL | |
| | | ← | | | TROUBLE TIME | | | | → | |
| 9/6 | PAVING NEAR TT | 0/3 | 1 (8) | | 2 (16) | | 2 (16) | 1/1 (8) | [illegible] (8) | 1 (8) |
| 9/13 | PAVING TT (ALL 8 HRS) | | 1 | 3 | 4 | 1 | 5 | 1/1 | | |
| 9/27 | STRIP TT/[illegible] (ALL 8 HOURS) | | 1 | 2 | 7 | | 5 | 1/1 | | 1 |
| | TOTALS MH'S (1½) | 6/117 | 105 | 135 | [illegible]½ | 67 | 222½ | 51/56 | CAL (32) | 30 |
| | T[illegible] MH[illegible] | 5/[illegible] | 8 | 3 | [illegible] | — | 16 | 3/3 | (56) [illegible] (2) | |

JLG 018047





DATE 08/16/03

NUMBER

J & R OF DELAWARE, INC.
4 BORDY PLACE
NEW CASTLE, DE

BILLING ADDRESS

C. H. Schwertner
25 Rockhill Road
Bala Cynwyd PA 19004

SITE ADDRESS - SCHS00107

VALERO REFINERY

PAULSBORO NJ

TERMS=NET UPON RECEIPT LOT= N/A
YARDS PUMPED= 49.00 HOURS BILLED= 0.00 SIZE REQUESTED= 36
JOB DATE=08/16/03 PUMP NUMBER=360 P/O=N/A
SALESMAN=HS

| | Quantity | | Rate | Total |
|---|---|---|---|---|
| BASE RENTAL CHARGE | | | | 800.00 |
| OPERATOR OVERTIME | 8.00 hrs | @ | 103.50 | 828.00 |
| PRIME-A-PAK | 2.00 | @ | 30.00 | 60.00 |
| | | | TOTAL $ | 1688.00 |

SEP 24 2003
APPROVED
VENDOR
JOB # 3
COST 13-1600
PAID
DATE 9/25/03

RECEIVED AUG 29 2003
C.H. SCHWERTNER & SON, INC.
GENERAL CONTRACTORS
BALA CYNWYD, PA

Past due accounts over 30 days
Finance charge of 1 1/2% per month

AMOUNTS TO BE FILLED IN BY J&R

| | |
|---|---|
| TOTAL COST OF OILER | $ |
| TOTAL COST OF OPERATOR | $ |
| TOTAL COST OF PUMP | $ |
| TOTAL MISCELLANEOUS COSTS & CHARGES | $ |
| TOTAL CHARGE | $ |

INITIALS OF CONTRACTOR OR CONTRACTOR'S AUTHORIZED REPRESENTATIVE

(TO BE INITIALED AFTER COMPLETION OF THE JOB AND BLANKS FILLED IN)

34.50 x 8 = 276 -

JLG 018048

INVOICE | DATE 07/26/03 | NUMBER 25162

J & R OF DELAWARE, INC.
4 DORDY PLACE
NEW CASTLE, DE 19720

RECEIVED
AUG - 7 2003
C.H. SCHWERTNER & SON, INC.
GENERAL CONTRACTORS
BALA CYNWYD, PA

BILLING ADDRESS

C. H. Schwertner
25 Rockhill Road
Bala Cynwyd PA 19004

SITE ADDRESS - SCH500107

VALERO REFINERY

PAULSBORO NJ

TERMS=NET UPON RECEIPT LOT= N/A
YARDS PUMPED= 141.00 HOURS BILLED= 0.00 SIZE REQUESTED= 36
JOB DATE=07/26/03 PUMP NUMBER=368 P/O=N/A
SALESMAN=HS

| | Quantity | | Rate | Total |
|---|---|---|---|---|
| BASE RENTAL CHARGE | | | | 800.00 |
| YARDAGE CHARGE OVER BASE | 41.00 cyds | @ | 4.00 | 164.00 |
| OPERATOR OVERTIME | 8.00 hrs | @ | 103.50 | 828.00 |
| PRIME-A-PAK | 1.00 | @ | 30.00 | 30.00 |
| | | | TOTAL $ | 1822.00 |

AUG 19 2003
APPROVED ___
VENDOR ___
JOB # 0303
COST 13-1600
PAID 6281
DATE 8-27-03

Past due accounts over 30 days are subject to a finance charge of 1 1/2% per month (18% per year).

BASE RATE = 69.00

Premium = 34.50 x 8 = $276

TOTAL MISCELLANEOUS COSTS & CHARGES
TOTAL CHARGE

INITIALS OF CONTRACTOR OR CONTRACTOR'S AUTHORIZED REPRESENTATIVE
(TO BE INITIALED AFTER COMPLETION OF THE JOB AND BLANKS FILLED IN)



R.E.
PIERSON
MATERIALS CORP. CONCRETE DIVISION

# INVOICE NO. 1003940

PAGE 1

P.O. Box 704 Bridgeport, NJ
(856) 740-2400 Fax: (856) 740

RECEIVED
JUL 23 2003
C.H. SCHWERTNER & SON INC.
BALA CYNWYD, PA

Bill To: SCHWERTNER & SON INC., C.H.
25 ROCK HILL RD
BALA CYNWYD PA 19004

Plant : 2

| INVOICE DATE | INVOICE NO. | CUSTOMER NO. | PAYMENT TERMS | CONTRACT NO. |
|---|---|---|---|---|
| 07/19/2003 | 1003940 | SCHWER | 1.00% [illegible] | PAULSBORO / VALERO REFINERY |

Delivery Address: PAULSBORO / VALERO REFINERY

Ticket Date PO Number Ticket Material [illegible]

07/19/2003 [illegible] 22A464 1158456 4000 [illegible]
07/19/2003 [illegible] 22A464 380 FREIGHT CHARGE [illegible]
07/19/2003 [illegible] 22A464 SAT SAT DEL CHARGE [illegible]

SEP 02 2003
RECEIVED
VENDOR
JOB # 0303
COST
PAID
DATE

Sample

JLG 018050

| Total Yards | Sub Total | Sales Tax | Invoice Total |
|---|---|---|---|
| 6.00 | [redacted] | [redacted] | [redacted] |

LITHO USA