SECTION 00938P - CHANGE ORDER REQUEST FORM
(EXHIBIT P)

# CHANGE ORDER REQUEST (COR)

To: _CH Schwickner_  Date: _10/1/03_
Subcontract No.: _22630-4022_  COR No.: _____
  Project No.: _22630_

Description of Change: _Premium Portion of overtime hours in excess of 50 hrs/week._

Additional Information Attached? ✓ Yes ___ No

Reason for Change: _Hours worked at the direction of Jones LG to accelerate schedule._

Drawing and Specification References:
Drawing Numbers: _N/A_
Section Numbers: _N/A_

**Price:**
The total subcontract price (increase/decrease) as indicated in the breakdown for the work as described is: _____ Dollars ($ _55,411_ USD).

✓ Lump Sum   ___ Unit Price   ___ Time & Material   ___ Not-to Exceed (*)

(*) On all "Not-to-Exceed" work, once 80% of the authorization is expended Subcontractor must review with Contractor before proceeding further.

**Schedule Impact:**
Days (added) (deleted) as a result of this COR: _See Cover Letter_
Revised Substantial Completion Date is:
Revised Final Completion Date is:

**Subcontractor is to:**
___ Do Not proceed until authorized.   ___ Proceed immediately – Do Not exceed $_____ without further authorization.

| CONTRACTOR | SUBCONTRACTOR |
|---|---|
| By: | By: [signature] |
| Date: | Date: 10/1/03 |

The COR represents any and all amounts Subcontractor claims for the change referred to herein (including any claim for delay or impact upon the Project Schedule, Milestone, or other Subcontract time).
Upon acceptance and approval of this Change Order Request, contractor shall execute a Change Order for the Work contained herein pursuant to the Subcontract Agreement.



**ROCIP Calculation Sheet**

| Field | Value |
|---|---|
| Subcontract Number: | 22630-4022 |
| Contractor: | G.H. Schwertner |
| Sub To: | Jones LG, LLC |
| FCA No. | |
| FCA Amount With Insurance: | |
| ROCIP Insurance | |
| FCO | |
| Category: | |

| | Total With Insurance Costs | CCIP | Total Without Insurance Costs | |
|---|---|---|---|---|
| Labor amount | $ 39,030.77 | | $ 39,030.77 | |
| Subcontractors Labor | $ 5,056.00 | $ - | $ 5,056.00 | |
| Total Labor | $ 44,086.77 | | $ 44,086.77 | |
| Material, Etc. | $ 11,324.23 | | | |
| Subcontractor's Material, Etc. | $ - | | $ - | |
| Total Material, Etc. | $ 11,324.23 | | $ 11,324.23 | |
| Total PCA | $ 55,411.00 | | | |

**These Rates include Insurance costs**

Labor Hours — Base Rate — Loaded — O/T 1.5 — O/T 2.0 — Total Unburdened Labor

| Hours | Description | Base Rate | Loaded | O/T 1.5 | O/T 2.0 | Unburdened |
|---|---|---|---|---|---|---|
| ST 1.5 2 | | | | | | |
| | Operating Engineer, Backhoe | 31.28 | $ 63.33 | $ 89.43 | $ 115.53 | $ - |
| 30 8 | OE Backhoe Premium Time Only | | | $ 26.10 | $ 52.20 | $ 1,200.60 |
| | Operating Engineer, Trackhoe | 32.87 | $ 65.76 | $ 92.78 | $ 119.79 | $ - |
| 56 | OE Trackhoe, Premium Time Only | | | $ 27.02 | $ 54.03 | $ 1,513.12 |
| | Carpenter, to 04/30/04 | 31.76 | $ 60.59 | $ 85.74 | $ 110.88 | $ - |
| 527 84 | Carpenter, Premium Time Only | | | $ 25.15 | $ 50.29 | $ 16,460.04 |
| | Carpenter, Foreman to 04/30/04 | 36.45 | $ 69.63 | $ 98.64 | $ 127.65 | $ - |
| | Carpenter, F; Premium Time Only | | | $ 29.01 | $ 58.02 | $ - |
| | Carpenter, General Foreman to 04/30/04 | 41.21 | $ 78.69 | $ 111.56 | $ 144.42 | $ - |
| 130 6 | Carpenter, GF; Premium Time Only | | | $ 32.87 | $ 65.73 | $ 4,798.94 |
| | Carpenter, Superintendent - 04/30/04 | 42.83 | $ 80.25 | $ 113.94 | $ 147.62 | $ - |
| 105 8 | Carpenter, S; Premium Time Only | | | $ 33.69 | $ 67.37 | $ 4,076.41 |
| | Cement Mason, to 04/30/04 | 28.26 | $ 51.51 | $ 69.67 | $ 83.83 | $ - |
| 50 8 | Cement Mason, Premium Time Only | | | $ 18.16 | $ 32.32 | $ 1,275.52 |
| | Cement Mason, Foreman, to 04/30/04 | 32.28 | $ 58.91 | $ 77.37 | $ 93.82 | $ - |
| 62 8 | Cement Mason, F; Premium Time Only | | | $ 18.46 | $ 34.91 | $ 1,331.50 |
| | Cement Mason, General Foreman, to 04/30/04 | 33.28 | $ 58.26 | $ 79.29 | $ 96.32 | $ - |
| | Cement Mason, GF; Premium Time Only | | | $ 21.03 | $ 38.06 | $ - |
| | Laborer, to 04/30/04 | 24.30 | $ 47.96 | $ 68.11 | $ 82.04 | $ - |
| 223 16 | Laborer, Premium Time Only | | | $ 20.13 | $ 34.06 | $ 5,023.89 |
| | Laborer, Foreman, to 04/30/04 | 27.34 | $ 52.42 | $ 74.30 | $ 89.97 | $ - |
| 87 | Laborer, F; Premium Time Only | | | $ 21.88 | $ 37.55 | $ 1,465.96 |
| | Laborer, General Foreman, to 04/30/04 | 30.26 | $ 56.73 | $ 80.29 | $ 97.65 | $ - |
| 80 | Laborer, GF - Premium Time Only | | | $ 23.56 | $ 40.92 | $ 1,884.80 |
| 0 ## 120 | Hours | | | | | $ 39,030.77 |
| ### | TOTAL HOURS | | | TRUE | | |

| Description | Code | Rate | Payroll | Premium | Bid Credit |
|---|---|---|---|---|---|
| Operating Engineers | 5213 | 9.37 | - | - | |
| Carpenter | 5213 | 9.37 | - | - | |
| Cement Masons | 5213 | 9.37 | - | - | |
| Laborers | 5213 | 9.37 | - | - | |
| Subtotal | | | $ - | $ - | |
| Subtotal | | | | - | |
| Drug Free Workplace @ 0% | | | | - | |
| Subtotal | | | | - | |
| Managed Care @ 10% for 1998 only | | | | - | |
| Subtotal | | | | - | |
| Safety Credit @ 0% | | | | - | |
| Subtotal | | | | - | |
| Experience Modification | | | | 0.878 | |
| Subtotal | | | | $ - | |
| NJCCPAP Discount @ 7.00% | | | | - | |
| Subtotal | | | | - | |
| Self-insured Discount @ 0.00% | | | | - | |
| Loss Charge @ 0.00% | | | | - | |
| Subtotal | | | | - | |
| Stock Discount @ 3.0% | | | | - | |
| Subtotal | | | | - | |
| NJ Second Injury Fund Surcharge @ 7.98% | | | | - | |
| Subtotal | | | | - | |
| Workers Compensation Premium | | | | $ - | $ - |
| General Liability (0.646% of Contract Value) | | | | | - |
| Excess Liability (0.33% of Contract Value) | | | | | - |
| Professional Liability (0.00% of Payroll Value) | | | | | - |
| Builders Risk (0.00% of Contract Value) | | | | | - |
| Completed Operations (0.00% of Payroll Value) | | | | | - |
| Subtotal | | | | | $ - |
| Other Costs | | | | | |
| Subcontractor Totals | | | | | |
| Total Payroll | | | $ - | | |
| Profit & Overhead @ 1.19% | | | | | - |
| Total ROCIP Cost | | | | | $ - |

JLG 018052

**ROCIP Calculation Sheet**

| | |
|---|---|
| Subcontract Number: | 22630-402201 |
| Contractor: | Highgate Steel |
| Sub To: | G.H. Schwertner |
| FCA No. | [redacted] |
| FCA Amount With Insurance: | [redacted] |
| ROCIP Insurance | [redacted] |
| FCO | $ [redacted] |
| Category: | |

| | Total With Insurance Costs | CCIP | Total Without Insurance Costs | |
|---|---|---|---|---|
| Labor amount | $ 5,056.00 | [redacted] | $5,056.00 | |
| Material, Etc. | $ - | | | |
| Total PCA | $ 5,056.00 | | $5,056.00 | |

These Rates include insurance costs

| Labor Hours | | | Base Rate | Loaded | O/T 1.5 | O/T 2.0 | Total Unburdened Labor | |
|---|---|---|---|---|---|---|---|---|
| ST 1.5 | 2 | | | | | | | |
| | | Journeyman, 7/02 thru 6/03 | $ 25.40 | $ 66.84 | $ 95.00 | | $ - | $ - |
| 112 | 16 | Journeyman Premium Time Only | | | $ 28.16 | | $ - | $ 3,153.92 |
| | | Foreman, 7/02 thru 6/03 | $ 27.40 | $ 70.00 | $ 99.72 | | $ - | $ - |
| 64 | 8 | Foreman Premium Time Only | | | $ 29.72 | | $ - | $ 1,902.08 |
| 0 176 | 24 | Hours | | | | | | $ 5,056.00 |
| | 200 | TOTAL HOURS | | | | TRUE | | |

| Description | Code | Rate | Payroll | Premium | Bid Credit |
|---|---|---|---|---|---|
| Concrete Construction | 5213 | 9.37 | - | - | |
| | | | | - | |
| | | | | - | |
| | | | | - | |
| | | | | - | |
| Subtotal | | | $ - | $ - | |
| | | | | - | |
| Subtotal | | | | - | |
| Drug Free Workplace @ 0% | | | | - | |
| Subtotal | | | | - | |
| Managed Care @ 10% for 1996 only | | | | - | |
| Subtotal | | | | - | |
| Safety Credit @ 0% | | | | - | |
| Subtotal | | | | - | |
| Experience Modification | | | | 1.035 | |
| Subtotal | | | | $ - | |
| NJCCPAP Discount @ 16.00% | | | | - | |
| Subtotal | | | | - | |
| Self-Insured Discount @ 0.00% | | | | - | |
| Loss Charge @ 0.00% | | | | - | |
| Subtotal | | | | - | |
| Stock Discount @ 3.8% | | | | - | |
| Subtotal | | | | - | |
| NJ Second Injury Fund Surcharge @ 7.96% | | | | - | |
| Subtotal | | | | - | |
| Workers Compensation Premium | | | | $ - | $ - |
| General Liability (4.043% of Payroll Value) | | | | | - |
| Excess Liability (0.12% of Payroll Value) | | | | | - |
| Professional Liability (0.00% of Payroll Value) | | | | | - |
| Builders Risk (0.00% of Contract Value) | | | | | - |
| Completed Operations (0.00% of Payroll Value) | | | | | - |
| Subtotal | | | | | $ - |
| Other Costs | | | | | |
| Subcontractor Totals | | | | | |
| Total Payroll | | | $ - | | |
| Profit & Overhead @ 0.00% | | | | | - |
| Total ROCIP Cost | | | | | $ - |

JLG 018053

**C.H. SCHWERTNER & SONS, INC.**
BUILDING CONTRACTORS   25 ROCK HILL ROAD   BALA CYNWYD, PA 19004
TELEPHONE: 610-667-4773
FAX: # 610-667-6874

*Rec'd Oct 6, 2003*
*File in Cons*
*Rev'ed Copies*
*Routed*

ESTABLISHED 1928

October 6, 2003

Jones LG, LLC
800 Billingsport Road
P. O. Box #419
Paulsboro, NJ  08066

Attention:  Dave McLaughlin

    RE:  Jones LG/Valero - Concrete Foundations
        CHS Job #0303
        CHANGE ORDER REQUEST #47

Ladies & Gentlemen:

We request a Change Order in the amount of $2,840.89 to provide 6000 psi concrete in lieu of 4000 psi concrete at various locations at the request of Jones LG.

```
145.5 cys x 17.75/cy...................$2,582.63
CHS Fee...............................$  258.26
                        TOTAL.........$2,840.89
```

This price is based upon completion of the Change Order work no later than 9/12/03. If the work is not complete by 9/12/03, CHS will require an extension of schedule and associated general conditions and indirect costs.

Backup is attached.

Kindly issue your confirming Change Order.

Very truly yours,
C. H. SCHWERTNER & SON, INC.

Michael Gambino
Vice President

APPROVED BY _____

MAG:th
Enclosure



SECTION 00938P - CHANGE ORDER REQUEST FORM
(EXHIBIT P)

# CHANGE ORDER REQUEST (COR)

To: _CH Schucktrick_
Subcontract No.: _22630-4022_

Date: _10/6/03_
COR No.: _____
Project No.: _22630_

Description of Change: _Use of 6000 psi concrete with #8 stone at various locations in lieu of 4000 psi._

Additional Information Attached? _✓_ Yes  ___ No

Reason for Change: _Requested by Torres to accelerate schedule and help with rebar clearances in piers_

Drawing and Specification References:
Drawing Numbers: _N/A_
Section Numbers: _N/A_

**Price:**
The total subcontract price ((increase)/decrease) as indicated in the breakdown for the work as described is:
_____ Dollars ($ _2840.89_ USD).

_✓_ Lump Sum   ___ Unit Price   ___ Time & Material   ___ Not-to-Exceed (*)

(*) On all "Not-to-Exceed" work, once 80% of the authorization is expended Subcontractor <u>must review with</u> <u>Contractor</u> before proceeding further.

**Schedule Impact:**
Days (added) (deleted) as a result of this COR: _N/A_
Revised Substantial Completion Date is:
Revised Final Completion Date is:

**Subcontractor is to:**
___ Do Not proceed until authorized.
___ Proceed immediately – Do Not exceed $_____ without further authorization.

| CONTRACTOR | SUBCONTRACTOR |
|---|---|
| By: | By: [signature] |
| Date: | Date: 10/6/03 |

The COR represents any and all amounts Subcontractor claims for the change referred to herein (including any claim for delay or impact upon the Project Schedule, Milestone, or other Subcontract time).
Upon acceptance and approval of this Change Order Request, contractor shall execute a Change Order for the Work contained herein pursuant to the Subcontract Agreement.

LG MASTER
Revision 2 (19-NOV-2002)

00938P-1

JLG 018031



## FACSIMILE TRANSMITTAL SHEET

TO: Mike Gambino

COMPANY:

FROM: Lisa Wescoat

DATE:

FAX NUMBER: 610-667-6874

PHONE NUMBER:

TOTAL NO. OF PAGES INCLUDING COVER: 1

RE:

SENDERS TELEPHONE NUMBER: 856-740-2400

SENDERS FAX NUMBER: 856-740-4200

URGENT    FOR REVIEW    PLEASE COMMENT    PLEASE REPLY    PLEASE RECYCLE

NOTES/COMMENTS

Our records indicate that you poured 316.50 cy of 6000# concrete from 6/1/03 to 9/30/03. Anything prior to June is not obtainable.

CHS
OWED PER CONTRACT
① LOWER REACTOR TABLETOP — 100 cy
② CCR COLUMNS/FLUMES — 71 cy

145.5 cy's

Richard E. Pierson
Materials Corp. / Concrete Division
151 Industrial Drive
Williamstown, NJ 08094
(856) 740-2400
FAX: (856) 740-4200

—An Equal Opportunity Employer—

JLG 018032



# INVOICE NO. 1005249

PAGE 1

P.O. Box 704 Bridgeport, NJ 080
(856) 740-2400  Fax: (856) 740-42

Bill To: SCHWERTNER & SON INC., C.H.
25 ROCK HILL RD
BALA CYNWYD PA 19004

Plant : 2

RECEIVED AUG 14 2003 SCHWERTNER & SON, INC. GENERAL CONTRACTORS BALA CYNWYD, PA



JLG 018033

Total Yards 5.00 | Sub Total 418.75 | Sales Tax 19.43 | Invoice Total 438.18



**R.E. PIERSON**
MATERIALS CORP. CONCRETE DIVISION

# INVOICE NO. 1005166

PAGE 1

P.O. Box 704  Bridgeport, NJ
(856) 740-2400   Fax: (856) 740

Bill To: SCHWERTNER & SON INC., C.H.
25 ROCK HILL RD
BALA CYNWYD PA 19004

RECEIVED
AUG 14 2003
C.H. SCHWERTNER & SON, INC.
GENERAL CONTRACTORS
BALA CYNWYD, PA

Plant : 2

| INVOICE DATE | INVOICE NO. | CUSTOMER NO. | PAYMENT TERMS | CONTRACT NO. |
|---|---|---|---|---|
| 08/07/2003 | 1005166 | SCHWER | 100/C.L. PER 10 DAYS | PAULSBORO, VALERO REFINERY |

Delivery Address: PAULSBORO, VALERO REFINERY

| Date | PO Number | Ticket | Material | Quantity/UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 08/07/03 | 1610 | 23390 1254456 | 4000F | 7.50 cy | 45.00 | 337.50 |
| | 1610 | 23390 380 | FREIGHT | 1.00 ea | 142.50 | 142.50 |

*SAMPLE*

4000 1½ 64/cy
4000 #57 STONE

JLG 018034

Total Yards 7.50   Sub Total 480.00   Sales Tax 20.25   Invoice Total 500.25

**C.H. SCHWERTNER & SONS, INC.**
BUILDING CONTRACTORS   25 ROCK HILL ROAD   BALA CYNWYD, PA 19004
TELEPHONE: 610-667-4773
FAX: # 610-667-6874

*Rec'd Oct 20, 2003*
*File in Cones*
*Faxed Copies*
*Routed*

ESTABLISHED 1928

October 6, 2003

Jones LG, LLC
800 Billingsport Road
P. O. Box #419
Paulsboro, NJ   08066

Attention:   Dave McLaughlin

RE:   Jones LG/Valero - Concrete Foundations
      CHS Job #0303
      CHANGE ORDER REQUEST #46

Ladies & Gentlemen:

We request a Change Order in the amount of $2,216.50 to use higher strength concrete at the upper reactor tabletop and recycle tabletop as requested by Jones.

```
Material...................................$2,015.00
CHS Fee....................................$  201.50
                            TOTAL..........$2,216.50
```

This price is based upon completion of the Change Order work no later than 9/12/03. If the work is not complete by 9/12/03, CHS will require an extension of schedule and associated general conditions and indirect costs.

Backup is attached.

Kindly issue your confirming Change Order.

Very truly yours,
C. H. SCHWERTNER & SON, INC.

Michael Gambino
Vice President

APPROVED BY _____

MAG:th
Enclosure



JLG 018035

SECTION 00938P - CHANGE ORDER REQUEST FORM
(EXHIBIT P)

# CHANGE ORDER REQUEST (COR)

To: C H Schwertner
Subcontract No.: 22630-4022
Date: 10/6/03
COR No.: _____
Project No.: 22630

**Description of Change:**
Use 5000 psi for Recycle Comp. Tabletop
Use 8000 psi for Upper Reactor Tabletop

Additional Information Attached? ✓ Yes ___ No

**Reason for Change:**
Jones requested higher strength concrete be used for both areas to accelerate schedule.

**Drawing and Specification References:**

Drawing Numbers: N/A

Section Numbers: N/A

**Price:**
The total subcontract price (increase/decrease) as indicated in the breakdown for the work as described is: _____ Dollars ($ 2216.50 USD).

✓ Lump Sum   ___ Unit Price   ___ Time & Material   ___ Not-to Exceed (*)

(*) On all "Not-to-Exceed" work, once 80% of the authorization is expended Subcontractor must review with Contractor before proceeding further.

**Schedule Impact:**
Days (added) (deleted) as a result of this COR: N/A
Revised Substantial Completion Date is:
Revised Final Completion Date is:

**Subcontractor is to:**
___ Do Not proceed until authorized.
___ Proceed immediately – Do Not exceed $_____ without further authorization.

| CONTRACTOR | SUBCONTRACTOR |
|---|---|
| By: | By: [signature] |
| Date: | Date: 10/6/03 |

The COR represents any and all amounts Subcontractor claims for the change referred to herein (including any claim for delay or impact upon the Project Schedule, Milestone, or other Subcontract time).
Upon acceptance and approval of this Change Order Request, contractor shall execute a Change Order for the Work contained herein pursuant to the Subcontract Agreement.

LG MASTER
Revision 2 (19-NOV-2002)

00938P-1

JLG 018036

From: Lisa Wescoat  To: Mike Gambino                Date: 9/18/2003  Time: 1:34:06 PM

Page 2 of 3

# RE PIERSON
# MATERIALS CORP

*(handwritten, circled: Newton upper tabletop)*

P.O. Box 704 • Bridgeport, New Jersey 08014

Phone: (856) 740-2400

Fax: (856) 740-4200

To Order:
1-800-608-6789

**SUPPLY CONTRACT**

**To:** C.H. Schwertner

Attn: Mike Gambino

**Project:** Valero Refinery

**Location:** Paulsboro, NJ

**DATE:** 9/18/03

**Price Guaranteed Until:** 12/31/03, then effective 1/1/04 add an additional $2.00/c.y.

RE Pierson Materials Corp., as Seller is pleased to offer to sell and deliver to you as purchaser the total requirements of Ready Mix Concretes for the project referred to above, at the following per unit prices, subject to the terms and conditions stated below and on the second page hereof, and subject to verification that job specifications are not inconsistent with our regular approved Concrete mixes for classes indicated:

| Estimated Volume | Product Description | Material Price per Unit Taxable* | Freight Price per Unit Non-Taxable | Total Price per Cubic Yard |
|---|---|---|---|---|
| | 8000# #8 Stone with Micra Silica | | | 88.00 |
| | Glenium 8000# #8 must be used in this mix | | | 7.00 |
| | | | | |
| | | | | *95/cy* |
| | | | | |
| | | | | |

\* Sales tax will not be charged if the proper exemption documentation is provided to the Seller in advance.

**WINTER CONCRETE:** Extra costs of winter operations, including the fuel for heated concrete, will be offset by a charge of $2.50 per cubic yard for all deliveries in December, January, February and March. Shipments are generally not permissible in very cold weather.
**CHILLED CONCRETE:** Extra costs to cool concrete with ice when ordered will be billed by a charge of $.24 per pound for all deliveries containing ice.
**ADMIXTURES:** Unless furnished as part of mix design or shown as included in quoted prices, the following additional charges will be made:

Superplasticizer         $ see above
Acceleration:            $ .05 per ounce
                         $ .07 per ounce
Retardation              $ .08 per ounce
Fiber Reinforcement      $ 7.00 per cubic yard
Pumpability              $ 2.50 per cubic yard
Extra Cement             $ .06 per pound

*(handwritten: 84 cy pured 9/17/03  X(95 - 78.75) = $1,365)*

**SPECIAL MIXES OR MATERIALS:** Unless shown as included in quoted prices, special mixes or materials requested by Purchaser or required by job specifications, including amount, brand or type of cement, will be subject to additional charges to compensate Seller for all additional costs, including special handling. Prices for such items will be furnished upon request. For 3/8" stone add $3.00 per cubic yard.
**OVERTIME DELIVERIES:** An additional charge of $6.00 per cubic yard will be made for all concrete shipped after 3pm, and an additional $6.00 per cubic yard on Saturdays. Orders for Sundays and legal holidays and night deliveries between 6pm and 6am on any day will be subject to an additional charge quoted upon request.
**SMALL LOADS:** Prices are based on full truckload quantities. Additional charges for small loads are as follows:

Less than 5 yd³ greater than 4 yd³     Add $ .00 per load
Less than 4 yd³ greater than 3 yd³     Add $ .00 per load
Less than 3 yd³ greater than 2 yd³     Add $ .00 per load
Less than 2 yd³                         Add $ .00 per load

JLG 018037

**EXCESSIVE UNLOADING TIME:** Trucks held in excess of 5 minutes per cubic yard for unloading will be charged $80 per hour/$1.35 per minute To be applicable on individual excessive occurrences. If slow unloading threatens product quality or concrete accumulation in drum, truck shall be returned to Seller forthwith, and Purchaser shall be responsible for costs of removing concrete accumulation. If there are repeated delays in unloading, Seller also reserves the right to suspend deliveries until conditions are corrected.
**EXTRA CHARGES:** Winter Concrete, Chilled Concrete, Chilled Concrete, Admixtures, Special Mixes.
**PRICE DURATION:** The above quoted prices will apply to deliveries to the above project through the guaranteed date stated herein. Deliveries thereafter will be subject to increased prices as set by the Seller to reflect all increases in Seller's costs as determined by the Seller.
**PAYMENT TERMS:** With the exception of COD sales, for which all charges are due and payable upon delivery, all charges are due and payable within thirty (30) days of original invoice date. A finance charge of 1.5% per month, on pro-rated portion thereof (18% annual percentage rate) will be charged on all balances not paid within 60 days of the original invoice date.
**ACCEPTANCE:** *(text cut off)*

INVOICE IN DUPLICATE TO

FILE COPY

**N⁰ 003927**

## C.H. SCHWERTNER & SON, INC.
25 ROCK HILL ROAD   BALA CYNWYD, PA  19004
TELEPHONE: 610-667-4773
FAX #: 610-667-6874

THIS NUMBER MUST APPEAR
ON ALL INVOICES
AND PACKAGES

PLEASE MARK AND DELIVER
MATERIAL SPECIFIED BELOW

ORDERED FROM:
R. E. Pierson Materials
P. O. Box 704
Bridgeport, NJ  08014

TO: C. H. SCHWERTNER & S
c/o Jones LG/Valero
Paulsboro, NJ

⟵ IMPORTANT ⟶   (856)740-2400

Delivery to be made F.O.B. the above address unless specific agreement is made to contrary prior to Shipment.
State your Discount Terms of payment on invoices. Cash Discount Period to be extended if it is necessary to return invoices for correction of errors, by the time consumed in returning such invoices.
The right to cancel this order is reserved if the material specified is not shipped at the time promised.
We will pay no charge for packing, loading or draying.
Bill of Lading must show Car Initials, number and full route.

OUR JOB NO. 0303    TERMS:
DELIVERY DATE REQUIRED:
SHIP BY:
ROUTE:    FREIGHT, EXPRESS, ETC.

Provide all concrete as follows:

--4000 psi..*#57 Stone*..................$64.00/cy
--6000 psi..*#57 Stone*..................$72.00/cy

Supa P  6.75

$ 78.75

NOTE:
--No short load charges
--No waiting time
--$1.00/cy discount for 10 day payment terms

JLG 018038

C. H. SCHWERTNER & SON, INC.

ACCTS. CHG. NO. _____

BY _____



C.H. SCHWERTNER & SONS, INC.
BUILDING CONTRACTORS   25 ROCK HILL ROAD   BALA CYNWYD, PA 19004
TELEPHONE: 610-667-4773
FAX: # 610-667-6874

*Rec'd Oct 10, 2003*
*Rte à Cns*
*Faxed Copies Routed*

ESTABLISHED 1928

October 6, 2003

Jones LG, LLC
800 Billingsport Road
P. O. Box #419
Paulsboro, NJ  08066

Attention:  Dave McLaughlin

RE:  Jones LG/Valero - Concrete Foundations
     CHS Job #0303
     CHANGE ORDER REQUEST #45

Ladies & Gentlemen:

We request a Change Order in the amount of $2,982.28 for the cost of the pump, operator and oiler on 9/16/03. The upper reactor tabletop pour was cancelled by Jones.

```
            Labor.................................$   505.08
            Material/Equipment....................$ 2,252.00
            CHS Fee...............................$   225.20
                                  TOTAL..........$ 2,982.28
```

This price is based upon completion of the Change Order work no later than 9/12/03. If the work is not complete by 9/12/03, CHS will require an extension of schedule and associated general conditions and indirect costs.

Backup is attached.

Kindly issue your confirming Change Order.

Very truly yours,
C. H. SCHWERTNER & SON, INC.

Michael Gambino
Vice President

APPROVED BY_____

MAG:th
Enclosure



JLG 018040

**ROCIP Calculation Sheet**

Subcontract Number: 22630-4022
Contractor: G.H. Schwertner
Sub To: Jones LG, LLC
FCA No.:
FCA Amount With Insurance:
ROCIP Insurance
FCO
Category:

|  | Total With Insurance Costs | CCIP | Total Without Insurance Costs |
|---|---|---|---|
| Labor amount | $ 526.08 | | $ 505.08 |
| Subcontractors Labor | $ - | $ - | $ - |
| Total Labor | $ 526.08 | | $ 505.08 |
| Material, Etc. | $ 2,477.20 | | |
| Subcontractor's Material, Etc. | $ - | | $ - |
| Total Material, Etc. | $ 2,477.20 | | $ 2,477.20 |
| Total PCA | $ 3,003.28 | | |

These Rates include insurance costs

| Labor Hours | | Base Rate | Loaded | O/T 1.5 | O/T 2.0 | Total Unburdened Labor | |
|---|---|---|---|---|---|---|---|
| ST 1.5 2 | | | | | | | |
| | Operating Engineer, Backhoe | 31.28 | $ 63.33 | $ 89.43 | $ 115.53 | $ - | $ - |
| | OE Backhoe Premium Time Only | | | $ 26.10 | $ 52.20 | $ - | $ - |
| | Operating Engineer, Truckhoe | 32.87 | $ 65.76 | $ 92.78 | $ 119.78 | $ 262.96 | $ 526.08 |
| | OE Truckhoe, Premium Time Only | | | $ 27.02 | $ 54.03 | $ - | $ - |
| | Carpenter, to 04/30/04 | 31.70 | $ 60.59 | $ 85.74 | $ 110.88 | $ - | $ - |
| | Carpenter, Premium Time Only | | | $ 25.15 | $ 50.29 | $ - | $ - |
| | Carpenter, Foreman, to 04/30/04 | 36.45 | $ 69.63 | $ 98.64 | $ 127.65 | $ - | $ - |
| | Carpenter, F; Premium Time Only | | | $ 29.01 | $ 58.02 | $ - | $ - |
| | Carpenter, General Foreman, to 04/30/04 | 41.21 | $ 78.69 | $ 111.56 | $ 144.42 | $ - | $ - |
| | Carpenter, GF; Premium Time Only | | | $ 32.87 | $ 65.73 | $ - | $ - |
| | Carpenter, Superintendent, 04/30/04 | 42.03 | $ 80.25 | $ 113.94 | $ 147.62 | $ - | $ - |
| | Carpenter, S; Premium Time Only | | | $ 33.69 | $ 67.37 | $ - | $ - |
| | Cement Mason, to 04/30/04 | 26.20 | $ 51.51 | $ 69.67 | $ 83.83 | $ - | $ - |
| | Cement Mason, Premium Time Only | | | $ 18.16 | $ 32.32 | $ - | $ - |
| | Cement Mason, Foreman, to 04/30/04 | 32.20 | $ 58.91 | $ 77.37 | $ 93.82 | $ - | $ - |
| | Cement Mason, F; Premium Time Only | | | $ 18.46 | $ 34.91 | $ - | $ - |
| | Cement Mason, General Foreman, to 04/30/04 | 33.20 | $ 58.26 | $ 79.29 | $ 96.32 | $ - | $ - |
| | Cement Mason, GF; Premium Time Only | | | $ 21.03 | $ 38.06 | $ - | $ - |
| | Laborer, to 04/30/04 | 24.30 | $ 47.96 | $ 68.11 | $ 82.04 | $ - | $ - |
| | Laborer, Premium Time Only | | | $ 20.13 | $ 34.06 | $ - | $ - |
| | Laborer, Foreman, to 04/30/04 | 27.34 | $ 52.42 | $ 74.30 | $ 89.97 | $ - | $ - |
| | Laborer, F; Premium Time Only | | | $ 21.88 | $ 37.55 | $ - | $ - |
| | Laborer, General Foreman, to 04/30/04 | 30.26 | $ 56.73 | $ 80.29 | $ 97.65 | $ - | $ - |
| | Laborer, GF - Premium Time Only | | | $ 23.56 | $ 40.92 | $ - | $ - |
| 8 0 0 Hours | | | | | | $ 262.96 | $ 526.08 |
| 8 TOTAL HOURS | | | | TRUE | | | |

| Description | Code | Rate | Payroll | Premium | Bid Credit |
|---|---|---|---|---|---|
| Operating Engineers | 5213 | 9.37 | 263 | 25 | |
| Carpenter | 5213 | 9.37 | - | - | |
| Cement Masons | 5213 | 9.37 | - | - | |
| Laborers | 5213 | 9.37 | - | - | |
| Subtotal | | | $ 263 | $ 25 | |
| Subtotal | | | | 25 | |
| Drug Free Workplace @ 0% | | | | - | |
| Subtotal | | | | 25 | |
| Managed Care @ 10% for 1998 only | | | | - | |
| Subtotal | | | | 25 | |
| Safety Credit @ 0% | | | | - | |
| Subtotal | | | | 25 | |
| Experience Modification | | | | 0.878 | |
| Subtotal | | | | $ 22 | |
| NJCCPAP Discount @ 7.00% | | | | (2) | |
| Subtotal | | | | 20 | |
| Self-Insured Discount @ 0.00% | | | | - | |
| Loss Charge @ 0.00% | | | | - | |
| Subtotal | | | | 20 | |
| Stock Discount @ 3.0% | | | | (1) | |
| Subtotal | | | | 19 | |
| NJ Second Injury Fund Surcharge @ 7.96% | | | | 2 | |
| Subtotal | | | | 21 | |
| Workers Compensation Premium | | | | $ 21 | $ 21 |
| General Liability (6.646% of Contract Value) | | | | | - |
| Excess Liability (0.33% of Contract Value) | | | | | - |
| Professional Liability (0.00% of Payroll Value) | | | | | - |
| Builders Risk (0.00% of Contract Value) | | | | | - |
| Completed Operations (0.00% of Payroll Value) | | | | | - |
| Subtotal | | | | | $ 21 |
| Other Costs | | | | | |
| Subcontractor Totals | | | | | |
| Total Payroll | | | $ 263 | | |
| Profit & Overhead @ 1.18% | | | | | |
| Total ROCIP Cost | | | | | $ 21 |

JLG 018041



JLG 018042

SECTION 00938P - CHANGE ORDER REQUEST FORM
(EXHIBIT P)

## CHANGE ORDER REQUEST (COR)

To: C H Schwartzer  
Subcontract No.: 22630 - 4022  
Date: 10/6/03  
COR No.: ___  
Project No.: 22630  

Description of Change: Cost for pump operator + oiler for upper neation pour being cancelled

Additional Information Attached? ✓ Yes ___ No

Reason for Change: Pour card was not signed off by Jones / HBR

Drawing and Specification References:

Drawing Numbers: N/A

Section Numbers: N/A

Price:
The total subcontract price (increase/decrease) as indicated in the breakdown for the work as described is:
___ Dollars ($ 2982.28 USD).

✓ Lump Sum  ___ Unit Price  ___ Time & Material  ___ Not-to Exceed (*)

(*) On all "Not-to-Exceed" work, once 80% of the authorization is expended Subcontractor <u>must review with</u> Contractor before proceeding further.

Schedule Impact:
Days (added)/(deleted) as a result of this COR: 1 DAY
Revised Substantial Completion Date is: _____
Revised Final Completion Date is: _____

Subcontractor is to:
___ Do Not proceed until authorized.
___ Proceed immediately – Do Not exceed $____ without further authorization.

| CONTRACTOR | SUBCONTRACTOR |
|---|---|
| By: | By: [signature] |
| Date: | Date: 10/6/03 |

The COR represents any and all amounts Subcontractor claims for the change referred to herein (including any claim for delay or impact upon the Project Schedule, Milestone, or other Subcontract time).
Upon acceptance and approval of this Change Order Request, contractor shall execute a Change Order for the Work contained herein pursuant to the Subcontract Agreement.

LG MASTER  
Revision 2 (19-NOV-2002)

00938P-1

JLG 018043